# EXHIBIT A

## NOTICE OF CONSENT

I hereby consent to become a party plaintiff in the overtime lawsuit in which this consent is filed.

*[Signature: Amanda Del Toro]*
Signature

8/11/2019
Date

Amanda Del Toro
Printed Name