# EXHIBIT B

DocuSign Envelope ID: C58388D2-6EC8-4F42-801B-C3B5B28BEC83

## NOTICE OF CONSENT

I hereby consent to become a party plaintiff in the overtime lawsuit in which this consent is filed.

*Joshua Chromick* (DocuSigned by: BC566695F8948E...)  
Signature

9/11/2019  
Date

Joshua Chromick  
Printed Name