# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| **AMANDA DEL TORO, DANIEL WERNER, JENNIFER MCGREGOR-HALSTEAD, JOSHUA CHROMICK, AND ALL OTHERS SIMILARLY SITUATED,** | |
| *Plaintiffs*, | Civil Action No. 4:19-cv-02635 |
| v. | |
| **CENTENE MANAGEMENT COMPANY, LLC,** | |
| *Defendant*. | |

## INDEX OF EXHIBITS TO PLAINTIFFS' SUGGESTIONS IN SUPPORT OF THEIR MOTION FOR STEP-ONE NOTICE PURSUANT TO THE FAIR LABOR STANDARDS ACT

Job Descriptions ........................................................................................................A

28 U.S.C. § 1746 Declaration of Amanda Del Toro in Support of Proceeding as a Collective Action ..............................................................................................B

28 U.S.C. § 1746 Declaration of Barronelle Lewis in Support of Proceeding as a Collective Action ..............................................................................................C

28 U.S.C. § 1746 Declaration of Cynthia Chavira in Support of Proceeding as a Collective Action .............................................................................................D

28 U.S.C. § 1746 Declaration of Daniel Werner in Support of Proceeding as a Collective Action ..............................................................................................E

28 U.S.C. § 1746 Declaration of Diana Nance in Support of Proceeding as a Collective Action ..............................................................................................F

28 U.S.C. § 1746 Declaration of Jacoba Messman in Support of Proceeding as a Collective Action ..............................................................................................G

28 U.S.C. § 1746 Declaration of Jennifer McGregor-Halstead in Support of Proceeding as a Collective Action ...................................................................H

28 U.S.C. § 1746 Declaration of Joshua Chromick in Support of Proceeding as a Collective Action ................................................................................................. I

28 U.S.C. § 1746 Declaration of Joslyn McGhee Johnson in Support of Proceeding as a Collective Action ......................................................................................... J

28 U.S.C. § 1746 Declaration of Monique Owe in Support of Proceeding as a Collective Action .............................................................................................. K

28 U.S.C. § 1746 Declaration of Sandra Lusunariz in Support of Proceeding as a Collective Action ................................................................................................. L

28 U.S.C. § 1746 Declaration of Shana Anderson Greer in Support of Proceeding as a Collective Action ................................................................................................ M

28 U.S.C. § 1746 Declaration of Tamara Balderas in Support of Proceeding as a Collective Action ................................................................................................ N

28 U.S.C. § 1746 Declaration of Tameka Bragg in Support of Proceeding as a Collective Action .............................................................................................. O

28 U.S.C. § 1746 Declaration of Tanisha Kirksey in Support of Proceeding as a Collective Action ................................................................................................. P

28 U.S.C. § 1746 Declaration of Teresa Desantis in Support of Proceeding as a Collective Action ................................................................................................ Q

28 U.S.C. § 1746 Declaration of Terry Ortego in Support of Proceeding as a Collective Action .............................................................................................. R

Order Granting Stipulated Motion for Conditional Class Certification and Court-Authorized Notice, *Robertson v. Centene Management Company LLC, et al.* ................................................................................................................ S

*Linnear v. Illinicare Health Plan, Inc., et al.*, Notification granting Plaintiffs' Motion for Step One Notice ................................................................................... T

[Proposed] Notice of Lawsuit ............................................................................... U

[Proposed] Consent to Join Lawsuit as a Party Plaintiff ...................................... V

[Proposed] Reminder Notice ................................................................................. W

# EXHIBIT A
## (PART ONE)

# RN Care Manager II
## SUPERIOR HEALTHPLAN
*Lubbock, Texas*

**Apply Now**

*As a member of the Centene Medical Management/Health Services team, you'll help innovate and execute strategies that redefine the industry standard for improving the lives and health of people. We're a team of skilled physicians, nurs pharmacists, social workers and health service experts who use our advanced clinical analytics to implement award winning programs, develop care, deliver partnerships, and work directly with our members to achieve outcomes that set u apart as industry leaders. Together, we're transforming the health of communities, one person at a time.*

## What does it take?

What are the qualities that will help you achieve success in this role at Centene?

EX. A, p. 001

*Clinical & Nursing Opportunities at Centene*

Our Clinical team is at the forefront of our purpose-driven work. Learn more about how you can
time.

# Responsibilities

**Job ID** 1155575

**Category** Clinical & Nursing
**Schedule** Full-time

**Description:**
Position Purpose: Perform care management duties to assess, plan and coordinate all aspects of
medical and supporting services across the continuum of care for select members to promote
quality, cost effective care.

- Assess the member's current health status, resource utilization, past and present treatment
plan and services, prognosis, short and long term goals, treatment and provider options

- Utilize assessment skills and discretionary judgment to develop plan of care based upon
assessment with specific objectives, goals and interventions designed to meet member's needs
and promote desired outcomes

- Coordinate services between Primary Care Physician (PCP), specialists, medical providers, a
non-medical staff as necessary to meet the complete medical socio economic needs of clients

EX. A, p. 002

- Provide patient and provider education

- Facilitate member access to community based services

- Monitor referrals made to community based organizations, medical care and other services to support the members' overall care management plan

- Actively participate in integrated team care management rounds

- Identify related risk management quality concerns and report these scenarios to the appropriate resources.

- Case load will reflect heavier weighting of complex cases than Care Manager I, commensurate with experience

- Enter and maintain assessments, authorizations, and pertinent clinical information into var medical management systems

- Direct care to participating network providers

- Perform duties independently, demonstrating advanced understanding of complex care management principles.

- Participate in case management committees and work on special projects related to case management as needed

- For New Hampshire, Massachusetts, & Michigan Complete Health - home visits required



**Qualifications:**

Education/Experience: Graduate from an Accredited School of Nursing. Bachelor's degree in Nursing preferred. 2+ years of clinical nursing experience in a clinical, acute care, or community setting and 1+ years of case management experience in a managed care setting. Knowledge of utilization management principles and healthcare managed care. Experience with medical decision support tools (i.e. Interqual, NCCN) and government sponsored managed care programs.

Licenses/Certifications: Current state's RN license.

Texas Requirements:
Education/Experience: Graduate from an Accredited School of Nursing. Bachelor's degree in Nursing preferred. 2+ years of clinical nursing or case management experience in a clinical, acute care, managed care or community setting. 2+ years experience working with people with disabilities and vulnerable populations who have chronic or complex conditions in a managed care environment. Experience with medical decision support tools (i.e. Interqual, NCCN) and government sponsored managed care programs. Other state specific requirements may apply.

EX. A, p. 003

Licenses/Certifications: Current state's RN license.

For New Hampshire Healthy Families: Candidates with active RN license in good standing in other states than NH, must obtain the NH RN equi within 90 days of hire. Active driver's license in good standing preferred. CCM preferred.

For Arizona Complete Health - Complete Care plan:
Pediatrics assignments require 2+ years' RN experience in pediatrics (clinical acute care, community or managed care setting) and 1+ year experience in care management
Obstetrics (OB) assignments require 2+ years' RN experience in OB (clinical, acute, community or managed care setting) and 1+ year experience in care management
Licenses/Certifications: Current state's RN license.

For Buckeye Community Health Plan:
Education/Experience: Graduate from an Accredited School of Nursing. Bachelor's degree in Nursing preferred. 2+ years of clinical nursing experience in a clinical, acute care, or community setting and 1+ years of case management or utilization experience in a managed care setting. Knowledge of utilization management principles and healthcare managed care. Experience with medical decision support tools (i.e. Interqual, NCCN) and government sponsored managed care programs.
Licenses/Certifications: Current state's RN license.

For Michigan Complete Health: Licensed registered nurse; licensed nurse practitioner; licensed physician's assistant. Valid driver's license required.

*Centene is an equal opportunity employer that is committed to diversity, and values the ways in which we are different. All qualified applicants will receive consideration for employment without regard to race, color, religion, sex, sexual orientation, gender identity, national origin, disability, veteran status, or other characteristic protected by applicable law.*



*Apply Now*

*Share this job*

EX. A, p. 004

# Responsibilities

**Job ID** 1157641

**Category** Clinical & Nursing
**Schedule** Full-time

**Description:**
Position Purpose: Perform care management duties to assess, plan and coordinate all aspects
medical and supporting services across the continuum of care for select members to promote
quality, cost effective care.
*This position is 75%+ in the field seeing members in their homes in the South Dallas County a
*Bilingual Highly preferred



 Assess the member's current health status, resource utilization, past and present treatment plan
and services, prognosis, short and long term goals, treatment and provider options
•   Utilize assessment skills and discretionary judgment to develop plan of care based upon
assessment with specific objectives, goals and interventions designed to meet member's needs
and promote desired outcomes

•   Coordinate services between Primary Care Physician (PCP), specialists, medical providers, and
non-medical staff as necessary to meet the complete medical socio economic needs of clients

•   Provide patient and provider education

•   Facilitate member access to community based services

•   Monitor referrals made to community based organizations, medical care and other services to
support the members' overall care management plan

•   Actively participate in integrated team care management rounds

•   Identify related risk management quality concerns and report these scenarios to the
appropriate resources.

•   Case load will reflect heavier weighting of complex cases than Care Manager I, commensurate
with experience

•   Enter and maintain assessments, authorizations, and pertinent clinical information into various
medical management systems

•   Direct care to participating network providers

EX. A, p. 005

- Perform duties independently, demonstrating advanced understanding of complex care management principles.

- Participate in case management committees and work on special projects related to case management as needed



**Qualifications:**
*This position is 75%+ in the field seeing members in their homes in the South Dallas County a
*Bilingual Highly preferred

Licenses/Certifications: Current state's RN license.

Texas Requirements:
Education/Experience: Graduate from an Accredited School of Nursing. Bachelor's degree in Nursing preferred. 2+ years of clinical nursing or case management experience in a clinical, acute care, managed care or community setting. 2+ years experience working with people with disabilities and vulnerable populations who have chronic or complex conditions in a managed care environment. Experience with medical decision support tools (i.e. Interqual, NCCN) and government sponsored managed care programs. Other state specific requirements may apply.

*Centene is an equal opportunity employer that is committed to diversity, and values the ways in which we are different. All qualified applicants will receive consideration for employment without regard to race, color, religion, sex, sexual orientation, gender identity, national origin, disability, veteran status, or other characteristic protected by applicable law.*

---

**Apply Now**

---

*Share this job*

    

EX. A, p. 006

*Clinical & Nursing Opportunities at Centene*

Our Clinical team is at the forefront of our purpose-driven work. Learn more about how you can
time.



# Responsibilities

**Job ID** 1156811
**Additional Locations** Arkansas,Arkansas,US
**Category** Clinical & Nursing
**Schedule** Full-time

**Description:**
Position Purpose: Perform care management duties to assess, plan and coordinate all aspects of
medical and supporting services across the continuum of care for select members to promote
quality, cost effective care
This role will be located in the Springdale area. It will be a remote position (candidate must live in
the area).  There will be some visits to PCP office, hospital, and possible home visits in the area.
Duties will include the following:  Transition of care for all Medical Hospital admission, DC planning
with all Behavioral Health admissions prior to DC, Complete Health Risk Screenings, Assist with
scheduling appointments for any care gaps that need addressing.

Develop, assess and adjust, as necessary, the care plan and promote desired outcome
Assess the member's current health status, resource utilization, past and present treatment plan
and services, prognosis, short and long term goals, treatment and provider options
Coordinate services between Primary Care Physician (PCP), specialists, medical providers, and
non-medical staff as necessary to meet the complete medical socio economic needs of clients
Develop plan of care based upon assessment with specific objectives, goals and interventions
designed to meet member's needs
Provide patient and provider education
Facilitate member access to community based services
Monitor referrals made to community based organizations, medical care and other services to

support the members' overall care management plan

Actively participate in integrated team care management rounds

Identify related risk management quality concerns and report these scenarios to the appropriate resources

Enter and maintain assessments, authorizations, and pertinent clinical information into various medical management systems

For LTSS - 30% travel to perform home visits to members

For New Hampshire, Massachusetts, & Michigan Complete Health - home visits required

**Qualifications:**

This role will be located in the Springdale area. It will be a remote position (candidate must live the area). There will be some visits to PCP office, hospital, and possible home visits in the area Duties will include the following: Transition of care for all Medical Hospital admission, DC planning with all Behavioral Health admissions prior to DC, Complete Health Risk Screenings, Assist with scheduling appointments for any care gaps that need addressing.

Education/Experience: Graduate from an Accredited School of Nursing. Bachelor's degree in Nursing preferred. 2+ years of clinical nursing experience in a clinical, acute care, or community setting. Knowledge of healthcare and managed care preferred.

Licenses/Certifications: Current state's RN license.

*Centene is an equal opportunity employer that is committed to diversity, and values the ways in which we are different. All qualified applicants will receive consideration for employment without regard to race, color, religion, sex, sexual orientation, gender identity, national origin, disability, veteran status, or other characteristic protected by applicable law.*

**Apply Now**

*Share this job*

   

EX. A, p. 008

# Responsibilities

**Job ID** 1156794

**Category** Clinical & Nursing
**Schedule** Full-time

**Description:**
Position Purpose: Perform care management duties to assess, plan and coordinate all aspects of medical and supporting services across the continuum of care for select members to promote quality, cost effective care.

- Assess the member's current health status, resource utilization, past and present treatment plan and services, prognosis, short and long term goals, treatment and provider options

- Utilize assessment skills and discretionary judgment to develop plan of care based upon assessment with specific objectives, goals and interventions designed to meet member's needs and promote desired outcomes

- Coordinate services between Primary Care Physician (PCP), specialists, medical providers, and non-medical staff as necessary to meet the complete medical socio economic needs of clients

- Provide patient and provider education

- Facilitate member access to community based services

- Monitor referrals made to community based organizations, medical care and other services to support the members' overall care management plan

- Actively participate in integrated team care management rounds

- Identify related risk management quality concerns and report these scenarios to the appropriate resources.

- Case load will reflect heavier weighting of complex cases than Care Manager I, commensurate with experience

- Enter and maintain assessments, authorizations, and pertinent clinical information into various medical management systems

- Direct care to participating network providers

- Perform duties independently, demonstrating advanced understanding of complex care management principles.

- Participate in case management committees and work on special projects related to case management as needed

- For New Hampshire, Massachusetts, & Michigan Complete Health - home visits required



EX. A, p. 009

**Qualifications:**

Education/Experience: Graduate from an Accredited School of Nursing. Bachelor's degree in Nursing preferred. 2+ years of clinical nursing experience in a clinical, acute care, or community setting and 1+ years of case management experience in a managed care setting. Knowledge of utilization management principles and healthcare managed care. Experience with medical decision support tools (i.e. Interqual, NCCN) and government sponsored managed care programs.

Licenses/Certifications: Current state's RN license.

Texas Requirements:
Education/Experience: Graduate from an Accredited School of Nursing. Bachelor's degree in Nursing preferred. 2+ years of clinical nursing or case management experience in a clinical, acute care, managed care or community setting. 2+ years experience working with people with disabilities and vulnerable populations who have chronic or complex conditions in a managed care environment. Experience with medical decision support tools (i.e. Interqual, NCCN) and government sponsored managed care programs. Other state specific requirements may apply.

Licenses/Certifications: Current state's RN license.

For New Hampshire Healthy Families: Candidates with active RN license in good standing in other states than NH, must obtain the NH RN equi within 90 days of hire. Active driver's license in good standing preferred. CCM preferred.

For Arizona Complete Health - Complete Care plan:
Pediatrics assignments require 2+ years' RN experience in pediatrics (clinical acute care, community or managed care setting) and 1+ year experience in care management
Obstetrics (OB) assignments require 2+ years' RN experience in OB (clinical, acute, community or managed care setting) and 1+ year experience in care management
Licenses/Certifications: Current state's RN license.

For Buckeye Community Health Plan:
Education/Experience: Graduate from an Accredited School of Nursing. Bachelor's degree in Nursing preferred. 2+ years of clinical nursing experience in a clinical, acute care, or community setting and 1+ years of case management or utilization experience in a managed care setting. Knowledge of utilization management principles and healthcare managed care. Experience wi

EX. A, p. 010

medical decision support tools (i.e. Interqual, NCCN) and government sponsored managed care programs.
Licenses/Certifications: Current state's RN license.

For Michigan Complete Health: Licensed registered nurse; licensed nurse practitioner; licensed physician's assistant. Valid driver's license required.

For North Carolina only: Care Managers, this individual shall be responsible for conducting all functions and activities of the care management program and serve as the lead for each care management teams.
• Must reside in North Carolina
• Must be licensed practitioners
• Must be supervised by an RN, LCSW, or psychologist with trauma-based experience and training.
• Note: Care Manager for medical services is a NC - Licensed Registered Nurse in good standing. Care Manager for BH services in NC - Licensed LCSW in good standing.

Behavioral Health (BH) Managers and Full-Time BH Staff: These individuals shall be responsible for integrating into the clinical and care management teams to ensure Member's behavioral health needs are fully integrated into the service delivery system.
• Must reside in North Carolina
• Experience working in behavioral health managed care and clinical setting
• Licensed behavioral health professional practicing within their scope

*Centene is an equal opportunity employer that is committed to diversity, and values the ways in which we are different. All qualified applicants will receive consideration for employment without regard to race, color, religion, sex, sexual orientation, gender identity, national origin, disability, veteran status, or other characteristic protected by applicable law.*

---

**Apply Now**

---

*Share this job*

   



EX. A, p. 011

# Care Manager I (RN)

## PEACH STATE HEALTH PLAN

*Smyrna, Georgia*

***Apply Now***

*As a member of the Centene Medical Management/Health Services team, you'll help innovate and execute strategies that redefine the industry standard for improving the lives and health of people. We're a team of skilled physicians, nurses, pharmacists, social workers and health service experts who use our advanced clinical analytics to implement award winning programs, develop care, deliver partnerships, and work directly with our members to achieve outcomes that set us apart as industry leaders. Together, we're transforming the health of communities one person at a time.*

## What does it take?

What are the qualities that will help you achieve success in this role at Centene?

EX. A, p. 012

*Clinical & Nursing Opportunities at Centene*

Our Clinical team is at the forefront of our purpose-driven work. Learn more about how you can help transform the health of our communities, one person at a time.

# Responsibilities

**Job ID** 1155362

**Category** Clinical & Nursing
**Schedule** Full-time

**Description:**
Position Purpose: Perform care management duties to assess, plan and coordinate all aspects medical and supporting services across the continuum of care for select members to promote quality, cost effective care

Develop, assess and adjust, as necessary, the care plan and promote desired outcome
Assess the member's current health status, resource utilization, past and present treatment plan and services, prognosis, short and long term goals, treatment and provider options
Coordinate services between Primary Care Physician (PCP), specialists, medical providers, and non-medical staff as necessary to meet the complete medical socio economic needs of clients
Develop plan of care based upon assessment with specific objectives, goals and interventions designed to meet member's needs
Provide patient and provider education
Facilitate member access to community based services
Monitor referrals made to community based organizations, medical care and other services to support the members' overall care management plan
Actively participate in integrated team care management rounds
Identify related risk management quality concerns and report these scenarios to the appropriate resources
Enter and maintain assessments, authorizations, and pertinent clinical information into various medical management systems
For LTSS - 30% travel to perform home visits to members
For New Hampshire, Massachusetts, & Michigan Complete Health - home visits required

EX. A, p. 013

**Qualifications:**

Education/Experience: Graduate from an Accredited School of Nursing. Bachelor's degree in Nursing preferred. 2+ years of clinical nursing experience in a clinical, acute care, or community setting. Knowledge of healthcare and managed care preferred.

Licenses/Certifications: Current state's RN license.

*Centene is an equal opportunity employer that is committed to diversity, and values the ways in which we are different. All qualified applicants will receive consideration for employment without regard to race, color, religion, sex, sexual orientation, gender identity, national origin, disability, veteran status, or other characteristic protected by applicable law.*



*Apply Now*

Candidate FEEDBACK

*Share this job*

    

*Check out this location*

See what's near our Smyrna location.

*View Map*

# Care Manager I (RN)
## ENVOLVE
*Linthicum Heights, Maryland*

**Apply Now**

*As a member of the Centene Medical Management/Health Services team, you'll help innovate and execute strategies that redefine the industry standard for improving the lives and health of people. We're a team of skilled physicians, nurses, pharmacists, social workers and health service experts who use our advanced clinical analytics to implement award winning programs, develop care, deliver partnerships, and work directly with our members to achieve outcomes that set us apart as industry leaders. Together, we're transforming the health of communities, one person at a time.*

## What does it take?

What are the qualities that will help you achieve success in this role at Centene?

Candidate FEEDBACK

EX. A, p. 015

*Clinical & Nursing Opportunities at Centene*

Our Clinical team is at the forefront of our purpose-driven work. Learn more about how you can help transform the health of our communities, one person at a time.

# Responsibilities

**Job ID** 1155974

**Category** Clinical & Nursing
**Schedule** Full-time

**Description:**
Position Purpose: Perform care management duties to assess, plan and coordinate all aspects of medical and supporting services across the continuum of care for select members to promote quality, cost effective care

Develop, assess and adjust, as necessary, the care plan and promote desired outcome
Assess the member's current health status, resource utilization, past and present treatment plan and services, prognosis, short and long term goals, treatment and provider options
Coordinate services between Primary Care Physician (PCP), specialists, medical providers, and non-medical staff as necessary to meet the complete medical socio economic needs of clients
Develop plan of care based upon assessment with specific objectives, goals and interventions designed to meet member's needs
Provide patient and provider education
Facilitate member access to community based services
Monitor referrals made to community based organizations, medical care and other services to support the members' overall care management plan
Actively participate in integrated team care management rounds
Identify related risk management quality concerns and report these scenarios to the appropriate resources
Enter and maintain assessments, authorizations, and pertinent clinical information into various medical management systems
For LTSS - 30% travel to perform home visits to members
For New Hampshire, Massachusetts, & Michigan Complete Health - home visits required

EX. A, p. 016

**Qualifications:**

Education/Experience: Graduate from an Accredited School of Nursing. Bachelor's degree in Nursing preferred. 2+ years of clinical nursing experience in a clinical, acute care, or community setting. Knowledge of healthcare and managed care preferred.

Licenses/Certifications: Current state's RN license.   Valid driver's license and proof of car insurance.

*Centene is an equal opportunity employer that is committed to diversity, and values the ways in which we are different. All qualified applicants will receive consideration for employment without regard to race, color, religion, sex, sexual orientation, gender identity, national origin, disability, veteran status, or other characteristic protected by applicable law.*

**Candidate FEEDBACK**

**Apply Now**

*Share this job*

 

*Check out this location*

See what's near our Linthicum Heights location.

*View Map*

# Responsibilities



**Job ID** 1152089

**Category** Clinical & Nursing
**Schedule** Full-time

**Description:**

Position Purpose: Perform care management duties to assess, plan and coordinate all aspects of medical and supporting services across the continuum of care for select members to promote quality, cost effective care.

- Assess the member's current health status, resource utilization, past and present treatment plan and services, prognosis, short and long term goals, treatment and provider options

- Utilize assessment skills and discretionary judgment to develop plan of care based upon assessment with specific objectives, goals and interventions designed to meet member's needs and promote desired outcomes

- Coordinate services between Primary Care Physician (PCP), specialists, medical providers, and non-medical staff as necessary to meet the complete medical socio economic needs of clients

- Provide patient and provider education

- Facilitate member access to community based services

- Monitor referrals made to community based organizations, medical care and other services to support the members' overall care management plan

- Actively participate in integrated team care management rounds

- Identify related risk management quality concerns and report these scenarios to the appropriate resources.

- Case load will reflect heavier weighting of complex cases than Care Manager I, commensurate with experience

- Enter and maintain assessments, authorizations, and pertinent clinical information into various medical management systems

- Direct care to participating network providers

- Perform duties independently, demonstrating advanced understanding of complex care management principles.

- Participate in case management committees and work on special projects related to case management as needed

- For New Hampshire, Massachusetts, & Michigan Complete Health - home visits required

EX. A, p. 018

**Qualifications:**

Education/Experience: Graduate from an Accredited School of Nursing. Bachelor's degree in Nursing preferred. 2+ years of clinical nursing experience in a clinical, acute care, or community setting and 1+ years of case management experience in a managed care setting. Knowledge of utilization management principles and healthcare managed care. Experience with medical decision support tools (i.e. Interqual, NCCN) and government sponsored managed care programs.

Licenses/Certifications: Current state's RN license.

For Michigan Complete Health: Licensed registered nurse; licensed nurse practitioner; licensed physician's assistant. Valid driver's license required.

*Centene is an equal opportunity employer that is committed to diversity, and values the ways in which we are different. All qualified applicants will receive consideration for employment without regard to race, color, religion, sex, sexual orientation, gender identity, national origin, disability, veteran status, or other characteristic protected by applicable law.*

**Apply Now**

*Share this job*

 

*Check out this location*

See what's near our Troy location.

*View Map*

EX. A, p. 019

# Responsibilities

**Job ID** 1156607

**Category** Clinical & Nursing
**Schedule** Full-time

**Description:**

Position Purpose: Perform care management duties to assess, plan and coordinate all aspects of medical and supporting services across the continuum of care for select members to promote quality, cost effective care.

• Assess the member's current health status, resource utilization, past and present treatment plan and services, prognosis, short and long term goals, treatment and provider options

• Utilize assessment skills and discretionary judgment to develop plan of care based upon assessment with specific objectives, goals and interventions designed to meet member's needs and promote desired outcomes

• Coordinate services between Primary Care Physician (PCP), specialists, medical providers, and non-medical staff as necessary to meet the complete medical socio economic needs of clients

• Provide patient and provider education

• Facilitate member access to community based services

• Monitor referrals made to community based organizations, medical care and other services support the members' overall care management plan

• Actively participate in integrated team care management rounds

• Identify related risk management quality concerns and report these scenarios to the appropriate resources.

• Case load will reflect heavier weighting of complex cases than Care Manager I, commensurate with experience

• Enter and maintain assessments, authorizations, and pertinent clinical information into various medical management systems

• Direct care to participating network providers

• Perform duties independently, demonstrating advanced understanding of complex care management principles.



EX. A, p. 020

- Participate in case management committees and work on special projects related to case management as needed

- For New Hampshire, Massachusetts, & Michigan Complete Health - home visits required

## Qualifications:

Education/Experience: Graduate from an Accredited School of Nursing. Bachelor's degree in Nursing preferred. 2+ years of clinical nursing experience in a clinical, acute care, or community setting and 1+ years of case management experience in a managed care setting. Knowledge of utilization management principles and healthcare managed care. Experience with medical decision support tools (i.e. Interqual, NCCN) and government sponsored managed care programs.

Licenses/Certifications: Current state's RN license.

Texas Requirements:
Education/Experience: Graduate from an Accredited School of Nursing. Bachelor's degree in Nursing preferred. 2+ years of clinical nursing or case management experience in a clinical, acute care, managed care or community setting. 2+ years experience working with people with disabilities and vulnerable populations who have chronic or complex conditions in a managed care environment. Experience with medical decision support tools (i.e. Interqual, NCCN) and government sponsored managed care programs. Other state specific requirements may apply.

Licenses/Certifications: Current state's RN license and valid driver's license required.

*Centene is an equal opportunity employer that is committed to diversity, and values the ways in which we are different. All qualified applicants will receive consideration for employment without regard to race, color, religion, sex, sexual orientation, gender identity, national origin, disability, veteran status, or other characteristic protected by applicable law.*

Candidate FEEDBACK

**Apply Now**

*Share this job*

EX. A, p. 021

# Care Manager II (RN) (OB or NICU)
## ABSOLUTE TOTAL CARE

*North Charleston, South Carolina, Columbia, South Carolina*

*Apply Now*

*As a member of the Centene Medical Management/Health Services team, you'll help innovate and execute strategies that redefine the industry standard for improving the lives and health of people. We're a team of skilled physicians, nurses, pharmacists, social workers and health service experts who use our advanced clinical analytics to implement award winning programs, develop care, deliver partnerships, and work directly with our members to achieve outcomes that set us apart as industry leaders. Together, we're transforming the health of communities, one person at a time.*

## What does it take?

What are the qualities that will help you achieve success in this role at Centene?

EX. A, p. 022

*Clinical & Nursing Opportunities at Centene*

Our Clinical team is at the forefront of our purpose-driven work. Learn more about how you can help transform the health of our communities, one person at a time.

# Responsibilities

**Job ID** 1153595
**Additional Locations** Columbia,South Carolina,US
**Category** Clinical & Nursing
**Schedule** Full-time

**Description:**

Position Purpose: Perform care management duties to assess, plan and coordinate all aspects medical and supporting services across the continuum of care for select members to promote quality, cost effective care.

- Assess the member's current health status, resource utilization, past and present treatment plan and services, prognosis, short and long term goals, treatment and provider options

- Utilize assessment skills and discretionary judgment to develop plan of care based upon assessment with specific objectives, goals and interventions designed to meet member's needs and promote desired outcomes

- Coordinate services between Primary Care Physician (PCP), specialists, medical providers, and non-medical staff as necessary to meet the complete medical socio economic needs of clients

- Provide patient and provider education

- Facilitate member access to community based services

- Monitor referrals made to community based organizations, medical care and other services to support the members' overall care management plan

- Actively participate in integrated team care management rounds

- Identify related risk management quality concerns and report these scenarios to the appropriate resources.

- Case load will reflect heavier weighting of complex cases than Care Manager I, commensurate with experience

Candidate **FEEDBACK**

EX. A, p. 023

- Enter and maintain assessments, authorizations, and pertinent clinical information into various medical management systems

- Direct care to participating network providers

- Perform duties independently, demonstrating advanced understanding of complex care management principles.

- Participate in case management committees and work on special projects related to case management as needed

- For New Hampshire, Massachusetts, & Michigan Complete Health - home visits required

**Qualifications:**

Education/Experience: Graduate from an Accredited School of Nursing. Bachelor's degree in Nursing preferred. 2+ years of clinical nursing experience in a clinical, acute care, or community setting and 1+ years of case management experience in a managed care setting. Knowledge of utilization management principles and healthcare managed care. Experience with medical decision support tools (i.e. Interqual, NCCN) and government sponsored managed care programs.

Licenses/Certifications: Current state's RN license.

*Centene is an equal opportunity employer that is committed to diversity, and values the ways in which we are different. All qualified applicants will receive consideration for employment without regard to race, color, religion, sex, sexual orientation, gender identity, national origin, disability, veteran status, or other characteristic protected by applicable law.*

**Apply Now**

*Share this job*

  

EX. A, p. 024

# Behavioral Case Mgr
## HEALTH NET OF CALIFORNIA

*Fresno, California, Rancho Cordova, California, Sacramento, California*

**Apply Now**

Candidate **FEEDBACK**

*As a member of the Centene Medical Management/Health Services team, you'll help innovate and execute strategies that redefine the industry standard for improving the lives and health of people. We're a team of skilled physicians, nurses, pharmacists, social workers and health service experts who use our advanced clinical analytics to implement award winning programs, develop care, deliver partnerships, and work directly with our members to achieve outcomes that set us apart as industry leaders. Together, we're transforming the health of communities, one person at a time.*

## What does it take?

What are the qualities that will help you achieve success in this role at Centene?

EX. A, p. 025



*Clinical & Nursing Opportunities at Centene*

Our Clinical team is at the forefront of our purpose-driven work. Learn more about how you can help transform the health of our communities, one person at a time.

# Responsibilities

**Job ID** 1135866
**Additional Locations** Rancho Cordova,California,US;Sacramento,California,US
**Category** Clinical & Nursing
**Schedule** Full-time

**Description:**

Position Purpose: Perform duties related to the day to day operations of the Integrated Case Management functions to include working with members identified as high risk to identify needs and goals to achieve empowerment and improved quality of life for both behavioral and physical health issues. Assess members' current functional level and, in collaboration with the member, develop and monitor the Case Management Care Plan, monitor quality of care; assisting with discharge planning, participating in special clinical projects and communicate with departmental and plan administrative staff to facilitate daily operations of the Integrated Case Management functions. Collaborate with both medical and behavioral providers to ensure optimal care for members.

• Work telephonically with patients identified as high risk, for both behavioral and physical health issues, and their providers to identify needs, set goals and implement action steps towards achieving goals. Empower patients to help them improve their quality of life and ensure an integrated approach to address complex issues.

• Understand and comply with NCQA guidelines and HEDIS measures.

• Comply with established referral, pre-certification and authorization policies, procedures and processes by related Medical Management staff.

**Qualifications:**

Education/Experience: Master's degree in behavioral health and an unrestricted license as a L

EX. A, p. 026

LMFT or LPC, or a PhD, PsyD or RN. 3+ years of case and/or utilization management experience.
Experience in psychiatric and medical health care settings. Working knowledge of mental health
community resources.

** LCSW, LMFT, LPCC highly preferred **

**Apply Now**

*Share this job*

   ✉

*Check out this location*

See what's near our Fresno location.

*View Map*

EX. A, p. 027

# Care Manager II (RN) - SNC
## ILLINICARE HEALTH PLAN
*Quincy, Illinois*

Candidate
FEEDBACK

**Apply Now**

*As a member of the Centene Medical Management/Health Services team, you'll help innovate and execute strategies that redefine the industry standard for improving the lives and health of people. We're a team of skilled physicians, nurses, pharmacists, social workers and health service experts who use our advanced clinical analytics to implement award winning programs, develop care, deliver partnerships, and work directly with our members to achieve outcomes that set us apart as industry leaders. Together, we're transforming the health of communities, one person at a time.*

## What does it take?

What are the qualities that will help you achieve success in this role at Centene?

EX. A, p. 028

*Clinical & Nursing Opportunities at Centene*

Our Clinical team is at the forefront of our purpose-driven work. Learn more about how you can help transform the health of our communities, one person at a time.

Candidate
FEEDBACK

# Responsibilities

**Job ID** 1154508

**Category** Clinical & Nursing
**Schedule** Full-time

**Description:**
Position Purpose: Perform care management duties to assess, plan and coordinate all aspects of medical and supporting services across the continuum of care for select members to promote quality, cost effective care.

•   Assess the member's current health status, resource utilization, past and present treatment plan and services, prognosis, short and long term goals, treatment and provider options

•   Utilize assessment skills and discretionary judgment to develop plan of care based upon assessment with specific objectives, goals and interventions designed to meet member's needs and promote desired outcomes

•   Coordinate services between Primary Care Physician (PCP), specialists, medical providers, and non-medical staff as necessary to meet the complete medical socio economic needs of clients

•   Provide patient and provider education

•   Facilitate member access to community based services

•   Monitor referrals made to community based organizations, medical care and other services to support the members' overall care management plan

•   Actively participate in integrated team care management rounds

•   Identify related risk management quality concerns and report these scenarios to the appropriate resources.

EX. A, p. 029

- Case load will reflect heavier weighting of complex cases than Care Manager I, commensurate with experience

- Enter and maintain assessments, authorizations, and pertinent clinical information into vari medical management systems

- Direct care to participating network providers

- Perform duties independently, demonstrating advanced understanding of complex care management principles.

- Participate in case management committees and work on special projects related to case management as needed

- For New Hampshire, Massachusetts, & Michigan Complete Health - home visits required

**Qualifications:**

Education/Experience: Graduate from an Accredited School of Nursing. Bachelor's degree in Nursing preferred. 2+ years of clinical nursing experience in a clinical, acute care, or community setting and 1+ years of case management experience in a managed care setting. Knowledge of utilization management principles and healthcare managed care. Experience with medical decision support tools (i.e. Interqual, NCCN) and government sponsored managed care programs.

Licenses/Certifications: Current state's RN license.

Experience with special needs children highly preferred.

*Centene is an equal opportunity employer that is committed to diversity, and values the ways in which we are different. All qualified applicants will receive consideration for employment without regard to race, color, religion, sex, sexual orientation, gender identity, national origin, disability, veteran status, or other characteristic protected by applicable law.*

**Apply Now**

*Share this job*


EX. A, p. 030

# Responsibilities

**Job ID** 1155468

**Additional Locations** Oxford,Mississippi,US

**Category** Clinical & Nursing

**Schedule** Full-time

**Description:**

Position Purpose: Perform care management duties to assess, plan and coordinate all aspects of medical and supporting services across the continuum of care for select members to promote quality, cost effective care

Develop, assess and adjust, as necessary, the care plan and promote desired outcome

Assess the member's current health status, resource utilization, past and present treatment pl and services, prognosis, short and long term goals, treatment and provider options

Coordinate services between Primary Care Physician (PCP), specialists, medical providers, and non-medical staff as necessary to meet the complete medical socio economic needs of clients

Develop plan of care based upon assessment with specific objectives, goals and interventions designed to meet member's needs

Provide patient and provider education

Facilitate member access to community based services

Monitor referrals made to community based organizations, medical care and other services to support the members' overall care management plan

Actively participate in integrated team care management rounds

Identify related risk management quality concerns and report these scenarios to the appropriate resources

Enter and maintain assessments, authorizations, and pertinent clinical information into various medical management systems

For LTSS - 30% travel to perform home visits to members

For New Hampshire, Massachusetts, & Michigan Complete Health - home visits required

**Qualifications:**

Education/Experience: Graduate from an Accredited School of Nursing. Bachelor's degree in Nursing preferred. 2+ years of clinical nursing experience in a clinical, acute care, or community setting. Knowledge of healthcare and managed care preferred.

Licenses/Certifications: Current state's RN license.

EX. A, p. 031

*Centene is an equal opportunity employer that is committed to diversity, and values the ways in which we are different. All qualified applicants will receive consideration for employment without regard to race, color, religion, sex, sexual orientation, gender identity, national origin, disability, veteran status, or other characteristic protected by applicable law.*



**Apply Now**



Share this job

  

Check out this location

See what's near our Jackson location.

**View Map**

EX. A, p. 032

# Responsibilities

**Job ID** 1156532

**Category** Clinical & Nursing
**Schedule** Full-time

**Description:**

Position Purpose: Perform care management duties to assess, plan and coordinate all aspects of medical and supporting services across the continuum of care for select members to promote quality, cost effective care

Develop, assess and adjust, as necessary, the care plan and promote desired outcome

Assess the member's current health status, resource utilization, past and present treatment plan and services, prognosis, short and long term goals, treatment and provider options

Coordinate services between Primary Care Physician (PCP), specialists, medical providers, and non-medical staff as necessary to meet the complete medical socio economic needs of clients

Develop plan of care based upon assessment with specific objectives, goals and interventions designed to meet member's needs

Provide patient and provider education

Facilitate member access to community based services

Monitor referrals made to community based organizations, medical care and other services to support the members' overall care management plan

Actively participate in integrated team care management rounds

Identify related risk management quality concerns and report these scenarios to the appropriate resources

Enter and maintain assessments, authorizations, and pertinent clinical information into various medical management systems

For LTSS - 30% travel to perform home visits to members

For New Hampshire, Massachusetts, & Michigan Complete Health - home visits required

**Qualifications:**

Education/Experience: Graduate from an Accredited School of Nursing. Bachelor's degree in Nursing preferred. 2+ years of clinical nursing experience in a clinical, acute care, or community setting. Knowledge of healthcare and managed care preferred.

Licenses/Certifications: Current state's RN license.

EX. A, p. 033

For New Hampshire and Massachusetts: Candidates with RN license in good standing in other states than NH, must obtain a NH RN within 90 days of hire. Active driver's license in good standing preferred.

For Arizona Complete Health - Complete Care Plan:
Obstetrics (OB) assignments requires RN experience in OB (clinical, acute care, community)
Pediatric assignments require RN experience in pediatrics (clinical, acute care, community)

For Michigan Complete Health: Licensed RN; licensed nurse practitioner, licensed physician's assistant. Valid driver's license required.

LTSS Requirements:
Valid driver's license and proof of car insurance.

For North Carolina only: Care Managers, this individual shall be responsible for conducting all functions and activities of the care management program and serve as the lead for each care management teams.
• Must reside in North Carolina
• Must be licensed practitioners
• Must be supervised by an RN, LCSW, or psychologist with trauma-based experience and training.
• Note: Care Manager for medical services is a NC - Licensed Registered Nurse in good standing. Care Manager for BH services in NC - Licensed LCSW in good standing.

Behavioral Health (BH) Managers and Full-Time BH Staff: These individuals shall be responsible for integrating into the clinical and care management teams to ensure Member's behavioral health needs are fully integrated into the service delivery system.
• Must reside in North Carolina
• Experience working in behavioral health managed care and clinical setting
• Licensed behavioral health professional practicing within their scope

*Centene is an equal opportunity employer that is committed to diversity, and values the ways in which we are different. All qualified applicants will receive consideration for employment without regard to race, color, religion, sex, sexual orientation, gender identity, national origin, disability, veteran status, or other characteristic protected by applicable law.*

**Apply Now**



EX. A, p. 034

# Responsibilities

**Job ID** 1156391

**Additional Locations** Texas,Texas,US

**Category** Clinical & Nursing

**Schedule** Full-time

**Description:**

Position Purpose: Perform care management duties to assess, plan and coordinate all aspects of medical and supporting services across the continuum of care for select members to promote quality, cost effective care.

- Assess the member's current health status, resource utilization, past and present treatment plan and services, prognosis, short and long term goals, treatment and provider options

- Utilize assessment skills and discretionary judgment to develop plan of care based upon assessment with specific objectives, goals and interventions designed to meet member's needs and promote desired outcomes

- Coordinate services between Primary Care Physician (PCP), specialists, medical providers, and non-medical staff as necessary to meet the complete medical socio economic needs of clients

- Provide patient and provider education

- Facilitate member access to community based services

- Monitor referrals made to community based organizations, medical care and other services to support the members' overall care management plan

- Actively participate in integrated team care management rounds

- Identify related risk management quality concerns and report these scenarios to the appropriate resources.

- Case load will reflect heavier weighting of complex cases than Care Manager I, commensurate with experience

- Enter and maintain assessments, authorizations, and pertinent clinical information into various medical management systems

- Direct care to participating network providers

- Perform duties independently, demonstrating advanced understanding of complex care management principles.

- Participate in case management committees and work on special projects related to case management as needed

- For New Hampshire, Massachusetts, & Michigan Complete Health - home visits required

Candidate
**FEEDBACK**

EX. A, p. 035

**Qualifications:**

Education/Experience: Graduate from an Accredited School of Nursing. Bachelor's degree in Nursing preferred. 2+ years of clinical nursing experience in a clinical, acute care, or community setting and 1+ years of case management experience in a managed care setting. Knowledge of utilization management principles and healthcare managed care. Experience with medical decision support tools (i.e. Interqual, NCCN) and government sponsored managed care programs.

Licenses/Certifications: Current state's RN license.

Texas Requirements:
Education/Experience: Graduate from an Accredited School of Nursing. Bachelor's degree in Nursing preferred. 2+ years of clinical nursing or case management experience in a clinical, acute care, managed care or community setting. 2+ years experience working with people with disabilities and vulnerable populations who have chronic or complex conditions in a managed care environment. Experience with medical decision support tools (i.e. Interqual, NCCN) and government sponsored managed care programs. Other state specific requirements may apply.

Licenses/Certifications: Current state's RN license.

*Centene is an equal opportunity employer that is committed to diversity, and values the ways in which we are different. All qualified applicants will receive consideration for employment without regard to race, color, religion, sex, sexual orientation, gender identity, national origin, disability, veteran status, or other characteristic protected by applicable law.*

**Apply Now**

*Share this job*

   



EX. A, p. 036

# Care Manager II (RN)

## SUNSHINE STATE HEALTH PLAN

*Sunrise, Florida*

**Apply Now**

*As a member of the Centene Medical Management/Health Services team, you'll help innovate and execute strategies that redefine the industry standard for improving the lives and health of people. We're a team of skilled physicians, nurses, pharmacists, social workers and health service experts who use our advanced clinical analytics to implement award winning programs, develop care, deliver partnerships, and work directly with our members to achieve outcomes that set us apart as industry leaders. Together, we're transforming the health of communities one person at a time.*

## What does it take?

What are the qualities that will help you achieve success in this role at Centene?

Candidate **FEEDBACK**

*Clinical & Nursing Opportunities at Centene*

Our Clinical team is at the forefront of our purpose-driven work. Learn more about how you can help transform the health of our communities, one person at a time.

# Responsibilities

**Job ID** 1154823

**Category** Clinical & Nursing
**Schedule** Full-time

**Description:**
Position Purpose: Perform care management duties to assess, plan and coordinate all aspects of medical and supporting services across the continuum of care for select members to promote quality, cost effective care.

- Assess the member's current health status, resource utilization, past and present treatment plan and services, prognosis, short and long term goals, treatment and provider options

- Utilize assessment skills and discretionary judgment to develop plan of care based upon assessment with specific objectives, goals and interventions designed to meet member's needs and promote desired outcomes

- Coordinate services between Primary Care Physician (PCP), specialists, medical providers, and non-medical staff as necessary to meet the complete medical socio economic needs of clients

- Provide patient and provider education

- Facilitate member access to community based services

- Monitor referrals made to community based organizations, medical care and other services to support the members' overall care management plan

- Actively participate in integrated team care management rounds

- Identify related risk management quality concerns and report these scenarios to the appropriate resources.

- Case load will reflect heavier weighting of complex cases than Care Manager I, commensurate with experience

EX. A, p. 038

- Enter and maintain assessments, authorizations, and pertinent clinical information into various medical management systems

- Direct care to participating network providers

- Perform duties independently, demonstrating advanced understanding of complex care management principles.

- Participate in case management committees and work on special projects related to case management as needed

- For New Hampshire, Massachusetts, & Michigan Complete Health - home visits required

**Qualifications:**

Education/Experience: Graduate from an Accredited School of Nursing. Bachelor's degree in Nursing preferred. 2+ years of clinical nursing experience in a clinical, acute care, or community setting and 1+ years of case management experience in a managed care setting. Knowledge of utilization management principles and healthcare managed care. Experience with medical decision support tools (i.e. Interqual, NCCN) and government sponsored managed care programs.

Licenses/Certifications: Current state's RN license.

Texas Requirements:
Education/Experience: Graduate from an Accredited School of Nursing. Bachelor's degree in Nursing preferred. 2+ years of clinical nursing or case management experience in a clinical, acute care, managed care or community setting. 2+ years experience working with people with disabilities and vulnerable populations who have chronic or complex conditions in a managed care environment. Experience with medical decision support tools (i.e. Interqual, NCCN) and government sponsored managed care programs. Other state specific requirements may apply.

Licenses/Certifications: Current state's RN license.

For New Hampshire Healthy Families: Candidates with active RN license in good standing in other states than NH, must obtain the NH RN equi within 90 days of hire. Active driver's license in good standing preferred. CCM preferred.

For Arizona Complete Health - Complete Care plan:
Pediatrics assignments require 2+ years' RN experience in pediatrics (clinical acute care, community or managed care setting) and 1+ year experience in care management
Obstetrics (OB) assignments require 2+ years' RN experience in OB (clinical, acute, community

**Candidate FEEDBACK**

EX. A, p. 039

managed care setting) and 1+ year experience in care management
Licenses/Certifications: Current state's RN license.


For Buckeye Community Health Plan:
Education/Experience: Graduate from an Accredited School of Nursing. Bachelor's degree in Nursing preferred. 2+ years of clinical nursing experience in a clinical, acute care, or community setting and 1+ years of case management or utilization experience in a managed care setting. Knowledge of utilization management principles and healthcare managed care. Experience with medical decision support tools (i.e. Interqual, NCCN) and government sponsored managed care programs.
Licenses/Certifications: Current state's RN license.

For Michigan Complete Health: Licensed registered nurse; licensed nurse practitioner; licensed physician's assistant. Valid driver's license required.

*Centene is an equal opportunity employer that is committed to diversity, and values the ways in which we are different. All qualified applicants will receive consideration for employment without regard to race, color, religion, sex, sexual orientation, gender identity, national origin, disability, veteran status, or other characteristic protected by applicable law.*

**Apply Now**

Candidate FEEDBACK

## Share this job

  

## Check out this location

See what's near our Sunrise location.

EX. A, p. 040

# Behavioral Case Mgr

## ILLINICARE HEALTH PLAN

*Chicago, Illinois, Illinois*

**Apply Now**

*As a member of the Centene Medical Management/Health Services team, you'll help innovate and execute strategies that redefine the industry standard for improving the lives and health of people. We're a team of skilled physicians, nurses, pharmacists, social workers and health service experts who use our advanced clinical analytics to implement award winning programs, develop care, deliver partnerships, and work directly with our members to achieve outcomes that set us apart as industry leaders. Together, we're transforming the health of communities, one person at a time.*

## What does it take?

What are the qualities that will help you achieve success in this role at Centene?

Candidate
FEEDBACK

EX. A, p. 041

*Clinical & Nursing Opportunities at Centene*

Our Clinical team is at the forefront of our purpose-driven work. Learn more about how you can help transform the health of our communities, one person at a time.

# Responsibilities

**Job ID** 1155668
**Additional Locations** Illinois,Illinois,US
**Category** Clinical & Nursing
**Schedule** Full-time

**Description:**

Position Purpose: Perform duties related to the day to day operations of the Integrated Case Management functions to include working with members identified as high risk to identify needs and goals to achieve empowerment and improved quality of life for both behavioral and physic health issues. Assess members' current functional level and, in collaboration with the member develop and monitor the Case Management Care Plan, monitor quality of care; assisting with discharge planning, participating in special clinical projects and communicate with departmer and plan administrative staff to facilitate daily operations of the Integrated Case Management functions. Collaborate with both medical and behavioral providers to ensure optimal care for members.

• Work telephonically with patients identified as high risk, for both behavioral and physical health issues, and their providers to identify needs, set goals and implement action steps towards achieving goals. Empower patients to help them improve their quality of life and ensure an integrated approach to address complex issues.

• Understand and comply with NCQA guidelines and HEDIS measures.

• Comply with established referral, pre-certification and authorization policies, procedures and processes by related Medical Management staff.

**Qualifications:**

Education/Experience: Master's degree in behavioral health and an unrestricted license as a L( LMFT or LPC, or a PhD, PsyD or RN. 3+ years of case and/or utilization management experienc

EX. A, p. 042

Experience in psychiatric and medical health care settings. Working knowledge of mental health community resources.

License/Certification: Unrestricted license as a LCSW, LMHC, LMSW LMFT, LPC, PhD, PsyD or RN license in applicable state.

*Centene is an equal opportunity employer that is committed to diversity, and values the ways in which we are different. All qualified applicants will receive consideration for employment without regard to race, color, religion, sex, sexual orientation, gender identity, national origin, disability, veteran status, or other characteristic protected by applicable law.*

**_Apply Now_**

*Share this job*

  



*Check out this location*

See what's near our Chicago location.

*View Map*

EX. A, p. 043

# Care Manager II (RN)
## TRILLIUM COMMUNITY HEALTH PLAN
*Tigard, Oregon*

***Apply Now***

Candidate
**FEEDBACK**

*As a member of the Centene Medical Management/Health Services team, you'll help innovate and execute strategies that redefine the industry standard for improving the lives and health of people. We're a team of skilled physicians, nurses, pharmacists, social workers and health service experts who use our advanced clinical analytics to implement award winning programs, develop care, deliver partnerships, and work directly with our members to achieve outcomes that set us apart as industry leaders. Together, we're transforming the health of communities, one person at a time.*

## What does it take?

What are the qualities that will help you achieve success in this role at Centene?

EX. A, p. 044

*Clinical & Nursing Opportunities at Centene*

Our Clinical team is at the forefront of our purpose-driven work. Learn more about how you can help transform the health of our communities, one person at a time.

# Responsibilities

**Job ID** 1152793

**Category** Clinical & Nursing

**Schedule** Full-time

**Description:**

Position Purpose: Perform care management duties to assess, plan and coordinate all aspects of medical and supporting services across the continuum of care for select members to promote quality, cost effective care.

- Assess the member's current health status, resource utilization, past and present treatment plan and services, prognosis, short and long term goals, treatment and provider options

- Utilize assessment skills and discretionary judgment to develop plan of care based upon assessment with specific objectives, goals and interventions designed to meet member's needs and promote desired outcomes

- Coordinate services between Primary Care Physician (PCP), specialists, medical providers, and non-medical staff as necessary to meet the complete medical socio economic needs of clients

- Provide patient and provider education

- Facilitate member access to community based services

- Monitor referrals made to community based organizations, medical care and other services to support the members' overall care management plan

- Actively participate in integrated team care management rounds

- Identify related risk management quality concerns and report these scenarios to the appropriate resources.

- Case load will reflect heavier weighting of complex cases than Care Manager I, commensurate with experience

EX. A, p. 045

- Enter and maintain assessments, authorizations, and pertinent clinical information into various medical management systems

- Direct care to participating network providers

- Perform duties independently, demonstrating advanced understanding of complex care management principles.

- Participate in case management committees and work on special projects related to case management as needed

- For New Hampshire, Massachusetts, & Michigan Complete Health - home visits required

**Qualifications:**

Education/Experience: Graduate from an Accredited School of Nursing. Bachelor's degree in Nursing preferred. 2+ years of clinical nursing experience in a clinical, acute care, or community setting and 1+ years of case management experience in a managed care setting. Knowledge of utilization management principles and healthcare managed care. Experience with medical decision support tools (i.e. Interqual, NCCN) and government sponsored managed care programs.

Licenses/Certifications: Current state's RN license.

> **Apply Now**

*Share this job*

  

*Check out this location*

See what's near our Tigard location.

*View Map*

EX. A, p. 046

# Behavioral Case Mgr - SNC
## ILLINICARE HEALTH PLAN
*Peoria, Illinois*

**Apply Now**

*As a member of the Centene Medical Management/Health Services team, you'll help innovate and execute strategies that redefine the industry standard for improving the lives and health of people. We're a team of skilled physicians, nurs pharmacists, social workers and health service experts who use our advanced clinical analytics to implement award winning programs, develop care, deliver partnerships, and work directly with our members to achieve outcomes that set us apart as industry leaders. Together, we're transforming the health of communities, one person at a time.*

## What does it take?

What are the qualities that will help you achieve success in this role at Centene?

EX. A, p. 047

*Clinical & Nursing Opportunities at Centene*

Our Clinical team is at the forefront of our purpose-driven work. Learn more about how you can help transform the health of our communities, one person at a time.

# Responsibilities

**Job ID** 1154523

**Category** Clinical & Nursing

**Schedule** Full-time

**Description:**

Position Purpose: Perform duties related to the day to day operations of the Integrated Case Management functions to include working with members identified as high risk to identify needs and goals to achieve empowerment and improved quality of life for both behavioral and physical health issues. Assess members' current functional level and, in collaboration with the member, develop and monitor the Case Management Care Plan, monitor quality of care; assisting with discharge planning, participating in special clinical projects and communicate with departmental and plan administrative staff to facilitate daily operations of the Integrated Case Management functions. Collaborate with both medical and behavioral providers to ensure optimal care for members.

• Work telephonically with patients identified as high risk, for both behavioral and physical health issues, and their providers to identify needs, set goals and implement action steps towards achieving goals. Empower patients to help them improve their quality of life and ensure an integrated approach to address complex issues.

• Understand and comply with NCQA guidelines and HEDIS measures.

• Comply with established referral, pre-certification and authorization policies, procedures and processes by related Medical Management staff.

**Qualifications:**

Education/Experience: Master's degree in behavioral health and an unrestricted license as a L LMFT or LPC, or a PhD, PsyD or RN. 3+ years of case and/or utilization management experience.

EX. A, p. 048

Candidate FEEDBACK

Experience in psychiatric and medical health care settings. Working knowledge of mental health community resources.

License/Certification: Unrestricted license as a LCSW, LMHC, LMSW LMFT, LPC, PhD, PsyD or RN license in applicable state.

Experience working with special needs children preferred.

*Centene is an equal opportunity employer that is committed to diversity, and values the ways in which we are different. All qualified applicants will receive consideration for employment without regard to race, color, religion, sex, sexual orientation, gender identity, national origin, disability, veteran status, or other characteristic protected by applicable law.*

Candidate FEEDBACK

**Apply Now**

## Share this job

  

## Check out this location

See what's near our Peoria location.

*View Map*

EX. A, p. 049

# Care Manager I (RN)
## BUCKEYE COMMUNITY HEALTH PLAN
*Akron, Ohio, Ohio*

**Apply Now**

*As a member of the Centene Medical Management/Health Services team, you'll help innovate and execute strategies that redefine the industry standard for improving the lives and health of people. We're a team of skilled physicians, nurses, pharmacists, social workers and health service experts who use our advanced clinical analytics to implement award winning programs, develop care, deliver partnerships, and work directly with our members to achieve outcomes that set us apart as industry leaders. Together, we're transforming the health of communities one person at a time.*

## What does it take?

What are the qualities that will help you achieve success in this role at Centene?

EX. A, p. 050

*Clinical & Nursing Opportunities at Centene*

Our Clinical team is at the forefront of our purpose-driven work. Learn more about how you can help transform the health of our communities, one person at a time.

# Responsibilities

**Job ID** 1154311
**Additional Locations** Ohio,Ohio,US
**Category** Clinical & Nursing
**Schedule** Full-time

**Description:**
Position Purpose: Perform care management duties to assess, plan and coordinate all aspects medical and supporting services across the continuum of care for select members to promote quality, cost effective care

Develop, assess and adjust, as necessary, the care plan and promote desired outcome
Assess the member's current health status, resource utilization, past and present treatment plan and services, prognosis, short and long term goals, treatment and provider options
Coordinate services between Primary Care Physician (PCP), specialists, medical providers, and non-medical staff as necessary to meet the complete medical socio economic needs of clients
Develop plan of care based upon assessment with specific objectives, goals and interventions designed to meet member's needs
Provide patient and provider education
Facilitate member access to community based services
Monitor referrals made to community based organizations, medical care and other services to support the members' overall care management plan
Actively participate in integrated team care management rounds
Identify related risk management quality concerns and report these scenarios to the appropriate resources
Enter and maintain assessments, authorizations, and pertinent clinical information into various medical management systems
For LTSS - 30% travel to perform home visits to members
For New Hampshire, Massachusetts, & Michigan Complete Health - home visits required

EX. A, p. 051

Candidate FEEDBACK

**Qualifications:**

Education/Experience: Graduate from an Accredited School of Nursing. Bachelor's degree in Nursing preferred. 2+ years of clinical nursing experience in a clinical, acute care, or community setting. Knowledge of healthcare and managed care preferred.

Licenses/Certifications: Current state's RN license.

LTSS Requirements:
Valid driver's license and proof of car insurance.

*Centene is an equal opportunity employer that is committed to diversity, and values the ways in which we are different. All qualified applicants will receive consideration for employment without regard to race, color, religion, sex, sexual orientation, gender identity, national origin, disability, veteran status, or other characteristic protected by applicable law.*

**Apply Now**

Candidate **FEEDBACK**

## Share this job

   

## Check out this location

See what's near our Akron location.

*View Map*

EX. A, p. 052

# Behavioral Case Mgr- Field
## SUPERIOR HEALTHPLAN
*San Antonio, Texas*

**Apply Now**

*As a member of the Centene Medical Management/Health Services team, you'll help innovate and execute strategies that redefine the industry standard for improving the lives and health of people. We're a team of skilled physicians, nurses, pharmacists, social workers and health service experts who use our advanced clinical analytics to implement award winning programs, develop care, deliver partnerships, and work directly with our members to achieve outcomes that set us apart as industry leaders. Together, we're transforming the health of communities, one person at a time.*

## What does it take?

What are the qualities that will help you achieve success in this role at Centene?



EX. A, p. 053

*Clinical & Nursing Opportunities at Centene*

Our Clinical team is at the forefront of our purpose-driven work. Learn more about how you can help transform the health of our communities, one person at a time.

# Responsibilities

**Job ID** 1155677

**Category** Clinical & Nursing
**Schedule** Full-time

**Description:**

This position is field based and would see members in their homes, residential facilities, hospitals, or in the community. This role requires up to 75% travel which can be anywhere inside Loop 1604.

Position Purpose: Perform duties related to the day to day operations of the Integrated Case Management functions to include working with members identified as high risk to identify needs and goals to achieve empowerment and improved quality of life for both behavioral and physical health issues. Assess members' current functional level and, in collaboration with the member, develop and monitor the Case Management Care Plan, monitor quality of care; assisting with discharge planning, participating in special clinical projects and communicate with department and plan administrative staff to facilitate daily operations of the Integrated Case Management functions. Collaborate with both medical and behavioral providers to ensure optimal care for members.

Work face to face and telephonically with patients identified as high risk, for both behavioral and physical health issues, and their providers to identify needs, set goals and implement action steps towards achieving goals. Empower patients to help them improve their quality of life and ensure an integrated approach to address complex issues.

Understand and comply with NCQA guidelines and HEDIS measures.

Comply with established referral, pre-certification and authorization policies, procedures and processes by related Medical Management staff.

**Qualifications:**

EX. A, p. 054

This position is field based and would see members in their homes, residential facilities, hospitals, or in the community. This role requires up to 75% travel which can be anywhere inside Loop 1604.

Education/Experience: Master's degree in behavioral health and an unrestricted license as a LCSW, LMFT or LPC, or a PhD, PsyD or RN. 3+ years of case and/or utilization management experience. Experience in psychiatric and medical health care settings. Working knowledge of mental health community resources.

License/Certification: Unrestricted license as a LCSW, LMSW LMFT, LPC, PhD, PsyD or RN license in applicable state.

*Centene is an equal opportunity employer that is committed to diversity, and values the ways in which we are different. All qualified applicants will receive consideration for employment without regard to race, color, religion, sex, sexual orientation, gender identity, national origin, disability, veteran status, or other characteristic protected by applicable law.*

**Apply Now**

*Share this job*

   



*Check out this location*

See what's near our San Antonio location.

*View Map*

EX. A, p. 055

# Pediatrics Care Manager II (RN) - Field

## SUPERIOR HEALTHPLAN

*Texas, McAllen, Texas*

**Apply Now**

*As a member of the Centene Medical Management/Health Services team, you'll help innovate and execute strategies that redefine the industry standard for improving the lives and health of people. We're a team of skilled physicians, nurses, pharmacists, social workers and health service experts who use our advanced clinical analytics to implement award winning programs, develop care, deliver partnerships, and work directly with our members to achieve outcomes that set us apart as industry leaders. Together, we're transforming the health of communities, one person at a time.*

## What does it take?

What are the qualities that will help you achieve success in this role at Centene?



EX. A, p. 056

*Clinical & Nursing Opportunities at Centene*

Our Clinical team is at the forefront of our purpose-driven work. Learn more about how you can help transform the health of our communities, one person at a time.

# Responsibilities

**Job ID** 1155578
**Additional Locations** McAllen,Texas,US
**Category** Clinical & Nursing
**Schedule** Full-time

**Description:**
Position Purpose: Perform care management duties to assess, plan and coordinate all aspects of medical and supporting services across the continuum of care for select members to promote quality, cost effective care.

• Assess the member's current health status, resource utilization, past and present treatment plan and services, prognosis, short and long term goals, treatment and provider options

• Utilize assessment skills and discretionary judgment to develop plan of care based upon assessment with specific objectives, goals and interventions designed to meet member's needs and promote desired outcomes

• Coordinate services between Primary Care Physician (PCP), specialists, medical providers, and non-medical staff as necessary to meet the complete medical socio economic needs of clients

• Provide patient and provider education

• Facilitate member access to community based services

• Monitor referrals made to community based organizations, medical care and other services to support the members' overall care management plan

• Actively participate in integrated team care management rounds

• Identify related risk management quality concerns and report these scenarios to the appropriate resources.

• Case load will reflect heavier weighting of complex cases than Care Manager I, commensur with experience

EX. A, p. 057

- Enter and maintain assessments, authorizations, and pertinent clinical information into various medical management systems

- Direct care to participating network providers

- Perform duties independently, demonstrating advanced understanding of complex care management principles.

- Participate in case management committees and work on special projects related to case management as needed

- Travel is required

**Qualifications:**

Education/Experience: Graduate from an Accredited School of Nursing. Bachelor's degree in Nursing preferred. 2+ years of clinical nursing experience in a clinical, acute care, or community setting and 1+ years of case management experience in a managed care setting. Knowledge of utilization management principles and healthcare managed care. Experience with medical decision support tools (i.e. Interqual, NCCN) and government sponsored managed care programs.

Licenses/Certifications: Current state's RN license.

Texas Requirements:

Education/Experience: Graduate from an Accredited School of Nursing. Bachelor's degree in Nursing preferred. 2+ years of clinical nursing or case management experience in a clinical, acute care, managed care or community setting. 2+ years experience working with people with disabilities and vulnerable populations who have chronic or complex conditions in a managed care environment. Experience with medical decision support tools (i.e. Interqual, NCCN) and government sponsored managed care programs. Other state specific requirements may apply.

Licenses/Certifications: Current state's RN license.

**Superior Health Plan - Candidates must have active current state's RN license and 2+ years' RN experience in pediatrics or obstetrics in clinical acute care, community, or managed care setting AND 1+ year experience in care management**

Licenses/Certifications: Current state's RN license and valid driver's license required.

*Centene is an equal opportunity employer that is committed to diversity, and values the ways in which we are different. All qualified applicants will receive consideration for employment with*

EX. A, p. 058

# Behavioral Case Mgr - SNC

## ILLINICARE HEALTH PLAN

*Rock Island, Illinois*

**Apply Now**

Candidate FEEDBACK

*As a member of the Centene Medical Management/Health Services team, you'll help innovate and execute strategies that redefine the industry standard for improving the lives and health of people. We're a team of skilled physicians, nurses, pharmacists, social workers and health service experts who use our advanced clinical analytics to implement award winning programs, develop care, deliver partnerships, and work directly with our members to achieve outcomes that set us apart as industry leaders. Together, we're transforming the health of communities, one person at a time.*

## What does it take?

What are the qualities that will help you achieve success in this role at Centene?

EX. A, p. 059

*Clinical & Nursing Opportunities at Centene*

Our Clinical team is at the forefront of our purpose-driven work. Learn more about how you can help transform the health of our communities, one person at a time.



# Responsibilities

**Job ID** 1154521

**Category** Clinical & Nursing
**Schedule** Full-time

**Description:**

Position Purpose: Perform duties related to the day to day operations of the Integrated Case Management functions to include working with members identified as high risk to identify needs and goals to achieve empowerment and improved quality of life for both behavioral and physical health issues. Assess members' current functional level and, in collaboration with the member, develop and monitor the Case Management Care Plan, monitor quality of care; assisting with discharge planning, participating in special clinical projects and communicate with departmental and plan administrative staff to facilitate daily operations of the Integrated Case Management functions. Collaborate with both medical and behavioral providers to ensure optimal care for members.

•   Work telephonically with patients identified as high risk, for both behavioral and physical health issues, and their providers to identify needs, set goals and implement action steps towards achieving goals. Empower patients to help them improve their quality of life and ensure an integrated approach to address complex issues.

•   Understand and comply with NCQA guidelines and HEDIS measures.

•   Comply with established referral, pre-certification and authorization policies, procedures and processes by related Medical Management staff.

**Qualifications:**

Education/Experience: Master's degree in behavioral health and an unrestricted license as a L LMFT or LPC, or a PhD, PsyD or RN. 3+ years of case and/or utilization management experience.

EX. A, p. 060

Experience in psychiatric and medical health care settings. Working knowledge of mental health community resources.

License/Certification: Unrestricted license as a LCSW, LMHC, LMSW LMFT, LPC, PhD, PsyD or RN license in applicable state.

Experience with children with special needs preferred.

*Centene is an equal opportunity employer that is committed to diversity, and values the ways in which we are different. All qualified applicants will receive consideration for employment without regard to race, color, religion, sex, sexual orientation, gender identity, national origin, disability, veteran status, or other characteristic protected by applicable law.*



**Apply Now**

## Share this job

      

## Check out this location

See what's near our Rock Island location.

**View Map**

EX. A, p. 061

# Behavioral Case Manager

## IOWA TOTAL CARE

*Des Moines, Iowa*

**Apply Now**

*As a member of the Centene Medical Management/Health Services team, you'll help innovate and execute strategies that redefine the industry standard for improving the lives and health of people. We're a team of skilled physicians, nurses, pharmacists, social workers and health service experts who use our advanced clinical analytics to implement award winning programs, develop care, deliver partnerships, and work directly with our members to achieve outcomes that set us apart as industry leaders. Together, we're transforming the health of communities, one person at a time.*

## What does it take?

What are the qualities that will help you achieve success in this role at Centene?

Candidate **FEEDBACK**

*Clinical & Nursing Opportunities at Centene*

Our Clinical team is at the forefront of our purpose-driven work. Learn more about how you can help transform the health of our communities, one person at a time.

# Responsibilities

**Job ID** 1155950

**Category** Clinical & Nursing
**Schedule** Full-time

**Description:**

Position Purpose: Perform duties related to the day to day operations of the Integrated Case Management functions to include working with members identified as high risk to identify needs and goals to achieve empowerment and improved quality of life for both behavioral and physic health issues. Assess members' current functional level and, in collaboration with the member develop and monitor the Case Management Care Plan, monitor quality of care; assisting with discharge planning, participating in special clinical projects and communicate with departmer and plan administrative staff to facilitate daily operations of the Integrated Case Management functions. Collaborate with both medical and behavioral providers to ensure optimal care for members.

- Work telephonically with patients identified as high risk, for both behavioral and physical health issues, and their providers to identify needs, set goals and implement action steps towards achieving goals. Empower patients to help them improve their quality of life and ensure an integrated approach to address complex issues.

- Understand and comply with NCQA guidelines and HEDIS measures.

- Comply with established referral, pre-certification and authorization policies, procedures and processes by related Medical Management staff.

**Qualifications:**

Education/Experience: Master's degree in behavioral health. 3+ years of case and/or utilization management experience. Experience in psychiatric and medical health care settings. Working

EX. A, p. 063

knowledge of mental health community resources.

For Iowa Total Care: LISW, LMHC, LMFT or RN required

*Centene is an equal opportunity employer that is committed to diversity, and values the ways in which we are different. All qualified applicants will receive consideration for employment without regard to race, color, religion, sex, sexual orientation, gender identity, national origin, disability, veteran status, or other characteristic protected by applicable law.*

**Apply Now**

## Share this job

  

## Check out this location

See what's near our Des Moines location.

**View Map**



EX. A, p. 064



# Care Manager II (RN) - SNC

## ILLINICARE HEALTH PLAN

*Champaign, Illinois*

***Apply Now***

*As a member of the Centene Medical Management/Health Services team, you'll help innovate and execute strategies that redefine the industry standard for improving the lives and health of people. We're a team of skilled physicians, nurses, pharmacists, social workers and health service experts who use our advanced clinical analytics to implement award winning programs, develop care, deliver partnerships, and work directly with our members to achieve outcomes that set us apart as industry leaders. Together, we're transforming the health of communities, one person at a time.*

## What does it take?

What are the qualities that will help you achieve success in this role at Centene?

EX. A, p. 065



*Clinical & Nursing Opportunities at Centene*

Our Clinical team is at the forefront of our purpose-driven work. Learn more about how you can help transform the health of our communities, one person at a time.

# Responsibilities

**Job ID** 1154507

**Category** Clinical & Nursing
**Schedule** Full-time

**Description:**
Position Purpose: Perform care management duties to assess, plan and coordinate all aspects of medical and supporting services across the continuum of care for select members to promote quality, cost effective care.

- Assess the member's current health status, resource utilization, past and present treatment plan and services, prognosis, short and long term goals, treatment and provider options

- Utilize assessment skills and discretionary judgment to develop plan of care based upon assessment with specific objectives, goals and interventions designed to meet member's needs and promote desired outcomes

- Coordinate services between Primary Care Physician (PCP), specialists, medical providers, and non-medical staff as necessary to meet the complete medical socio economic needs of clients

- Provide patient and provider education

- Facilitate member access to community based services

- Monitor referrals made to community based organizations, medical care and other services to support the members' overall care management plan

- Actively participate in integrated team care management rounds

- Identify related risk management quality concerns and report these scenarios to the appropriate resources.

EX. A, p. 066

- Case load will reflect heavier weighting of complex cases than Care Manager I, commensur[ate] with experience

- Enter and maintain assessments, authorizations, and pertinent clinical information into vari[ous] medical management systems

- Direct care to participating network providers

- Perform duties independently, demonstrating advanced understanding of complex care management principles.

- Participate in case management committees and work on special projects related to case management as needed

- For New Hampshire, Massachusetts, & Michigan Complete Health - home visits required

**Qualifications:**

Education/Experience: Graduate from an Accredited School of Nursing. Bachelor's degree in Nursing preferred. 2+ years of clinical nursing experience in a clinical, acute care, or community setting and 1+ years of case management experience in a managed care setting. Knowledge of utilization management principles and healthcare managed care. Experience with medical decision support tools (i.e. Interqual, NCCN) and government sponsored managed care programs.

Licenses/Certifications: Current state's RN license.

Experience with Special needs children preferred.

*Centene is an equal opportunity employer that is committed to diversity, and values the ways in which we are different. All qualified applicants will receive consideration for employment without regard to race, color, religion, sex, sexual orientation, gender identity, national origin, disability, veteran status, or other characteristic protected by applicable law.*

<div style="border:1px solid #00529b; border-radius:25px; text-align:center; padding:10px;"><strong><em>Apply Now</em></strong></div>

*Share this job*



EX. A, p. 067

# Field Program Specialist II - Social Work

## ILLINICARE HEALTH PLAN

*Chicago, Illinois*

**Apply Now**

*As a member of the Centene Medical Management/Health Services team, you'll help innovate and execute strategies that redefine the industry standard for improving the lives and health of people. We're a team of skilled physicians, nurses, pharmacists, social workers and health service experts who use our advanced clinical analytics to implement award winning programs, develop care, deliver partnerships, and work directly with our members to achieve outcomes that set us apart as industry leaders. Together, we're transforming the health of communities, one person at a time.*

## What does it take?

What are the qualities that will help you achieve success in this role at Centene?



EX. A, p. 068

*Clinical & Nursing Opportunities at Centene*

Our Clinical team is at the forefront of our purpose-driven work. Learn more about how you can help transform the health of our communities, one person at a time.

# Responsibilities

**Job ID** 1155910

**Category** Clinical & Nursing
**Schedule** Full-time

**Description:**
Position Purpose:

- Identify special needs members through the completion of health screens and other resources

- Work with community outreach/member advocates to coordinate member care

- Educate providers and community resources on program components and available support services

- Educate members with special needs to foster compliance with program and positively imp outcomes

- Conduct site visits as appropriate for programs and provide support to other special progra

- Develop and modify care plans in conjunction with member, member's family and managing physician

- Development of plan specific literature and education materials in conjunction with medica director and corporate oversight

- For Michigan Complete Health - home visits required

**Qualifications:**
Conduct screening and risk assessment interventions per program guidelines. Act as primary liaison for members and staff. Assist with aspects of the member's care, including referrals to community resources.

Education/Experience:



EX. A, p. 069

Bachelor's degree in Social Work, Nursing, Health, Behavioral Science or equivalent experience. Master's degree in Social Work preferred. 4+ years of community experience in directly managing and integrating the social/community needs of the members. Experience in a managed care environment or working with people with disabilities and vulnerable populations who have chronic and complex conditions.

License/Certification:
Valid driver's license, except not required for Indiana. RN (Registered Nurse), LCSW (Licensed Certified Social Worker), LPN (Licensed Practical Nurse), Occupational Therapy (OT), Physical Therapy (PT), or LVN (Licensed Vocational Nurse) preferred.

Illinois licensed LCSW, LCPC, or a RN with a behavioral health background preferred.

Candidates residing in the following zip codes preferred:
60623, 60624, 60639, 60641, 60644, 60647, 60674

*Centene is an equal opportunity employer that is committed to diversity, and values the ways in which we are different. All qualified applicants will receive consideration for employment without regard to race, color, religion, sex, sexual orientation, gender identity, national origin, disability, veteran status, or other characteristic protected by applicable law.*

**Apply Now**

Candidate FEEDBACK

*Share this job*

  

*Check out this location*

EX. A, p. 070

# Responsibilities

**Job ID** 1154237

**Category** Clinical & Nursing
**Schedule** Full-time

## Description:

Position Purpose: Perform duties related to the day to day operations of the Integrated Case Management functions to include working with members identified as high risk to identify need and goals to achieve empowerment and improved quality of life for both behavioral and physic health issues. Assess members' current functional level and, in collaboration with the member develop and monitor the Case Management Care Plan, monitor quality of care; assisting with discharge planning, participating in special clinical projects and communicate with departmen and plan administrative staff to facilitate daily operations of the Integrated Case Management functions. Collaborate with both medical and behavioral providers to ensure optimal care for members.

• Work telephonically with patients identified as high risk, for both behavioral and physical health issues, and their providers to identify needs, set goals and implement action steps towards achieving goals. Empower patients to help them improve their quality of life and ensure an integrated approach to address complex issues.

• Understand and comply with NCQA guidelines and HEDIS measures.

• Comply with established referral, pre-certification and authorization policies, procedures and processes by related Medical Management staff.

## Qualifications:

Education/Experience: Master's degree in behavioral health and an unrestricted license as a LCSW, LMFT or LPC, or a PhD, PsyD or RN. 3+ years of case and/or utilization management experience. Experience in psychiatric and medical health care settings. Working knowledge of mental health community resources.

Illinois Licensed RN with behavioral health experience preferred.

License/Certification: Unrestricted license as a LCSW, LMHC, LMSW LMFT, LPC, PhD, PsyD or R** license in applicable state.

EX. A, p. 071

*Centene is an equal opportunity employer that is committed to diversity, and values the ways in which we are different. All qualified applicants will receive consideration for employment without regard to race, color, religion, sex, sexual orientation, gender identity, national origin, disability, veteran status, or other characteristic protected by applicable law.*

**Apply Now**



*Share this job*

      

*Check out this location*

See what's near our Ottawa location.

*View Map*

EX. A, p. 072



# Care Manager I
## HEALTH NET OF CALIFORNIA

*Sacramento, California, El Centro, California, Fresno, California*

**Apply Now**

*As a member of the Centene Medical Management/Health Services team, you'll help innovate and execute strategies that redefine the industry standard for improving the lives and health of people. We're a team of skilled physicians, nurses, pharmacists, social workers and health service experts who use our advanced clinical analytics to implement award winning programs, develop care, deliver partnerships, and work directly with our members to achieve outcomes that set us apart as industry leaders. Together, we're transforming the health of communities, one person at a time.*

## What does it take?

What are the qualities that will help you achieve success in this role at Centene?



EX. A, p. 073



*Clinical & Nursing Opportunities at Centene*

Our Clinical team is at the forefront of our purpose-driven work. Learn more about how you can help transform the health of our communities, one person at a time.

# Responsibilities

**Job ID** 1154475
**Additional Locations** El Centro,California,US;Fresno,California,US
**Category** Clinical & Nursing
**Schedule** Full-time

**Description:**
Position Purpose: Perform care management duties to assess, plan and coordinate all aspects of medical and supporting services across the continuum of care for select members to promote quality, cost effective care

- Develop, assess and adjust, as necessary, the care plan and promote desired outcome

- Assess the member's current health status, resource utilization, past and present treatment plan and services, prognosis, short and long term goals, treatment and provider options

- Coordinate services between Primary Care Physician (PCP), specialists, medical providers, and non-medical staff as necessary to meet the complete medical socio economic needs of clients

- Develop plan of care based upon assessment with specific objectives, goals and interventions designed to meet member's needs

- Provide patient and provider education

- Facilitate member access to community based services

- Monitor referrals made to community based organizations, medical care and other services to support the members' overall care management plan

- Actively participate in integrated team care management rounds

- Identify related risk management quality concerns and report these scenarios to the appropriate resources

EX. A, p. 074





- Enter and maintain assessments, authorizations, and pertinent clinical information into var medical management systems

**Qualifications:**

Education/Experience: Graduate from an Accredited School of Nursing. Bachelor's degree in Nursing preferred. 2+ years of clinical nursing experience in an clinical, acute care, or community setting. Knowledge of healthcare and managed care preferred.

Licenses/Certifications: Current state's RN license.

*Centene is an equal opportunity employer that is committed to diversity, and values the ways in which we are different. All qualified applicants will receive consideration for employment without regard to race, color, religion, sex, sexual orientation, gender identity, national origin, disability, veteran status, or other characteristic protected by applicable law.*

**Apply Now**

*Share this job*

  

*Check out this location*

See what's near our Sacramento location.

*View Map*



EX. A, p. 075



# Long Term Care Coordinator II
## SUNSHINE STATE HEALTH PLAN
*Maitland, Florida*

*Apply Now*

*As a member of the Centene Medical Management/Health Services team, you'll help innovate and execute strategies that redefine the industry standard for improving the lives and health of people. We're a team of skilled physicians, nurses, pharmacists, social workers and health service experts who use our advanced clinical analytics to implement award winning programs, develop care, deliver partnerships, and work directly with our members to achieve outcomes that set us apart as industry leaders. Together, we're transforming the health of communities, one person at a time.*

## What does it take?

What are the qualities that will help you achieve success in this role at Centene?

EX. A, p. 076

*Clinical & Nursing Opportunities at Centene*

Our Clinical team is at the forefront of our purpose-driven work. Learn more about how you can help transform the health of our communities, one person at a time.



# Responsibilities

**Job ID** 1155975

**Category** Clinical & Nursing
**Schedule** Full-time

**Description:**
Position Purpose: Responsible for members gaining access to needed services through coordination and integration of medical and long term care services for the purpose of orientation, care plan development, assessment, and care coordination.

Complete assessments with members, caregivers, or providers to obtain information regarding client status, support system, and need for services for care plan development
Monitor delivery of services and follow-up with members, caregivers, or providers through in person visits and telephonic contact
Authorize and coordinate referral for services
Ensure provider services are delivered without gaps and identify functional deficiencies in plans of care
Assist in coordinating the development of informal or voluntary services to integrate into the member care plan
Collaborate with discharge planners, physicians, and other parties to ensure appropriate discharge plan, care plan, and coordination of acute care and long term care services
Assist member with filing and resolving complaints and appeals
Direct care to participating network providers
Participate in care management committees and work on special projects related to care management as needed

**Qualifications:**



EX. A, p. 077



Education/Experience: Bachelor's degree or Registered Nurse and 3+ years of care management experience, Licensed Practical Nurse and 5+ years of care management experience, or 7+ years care management experience. Home health, discharge planning, or long term care experience preferred.

Licenses/Certifications: Valid driver's license. LPN or RN preferred.

For Fidelis Care only: NYS RN license required.

Iowa requirements:
Bachelor's degree and 3+ years of case management experience, or RN and 7+ years of case management experience

*Centene is an equal opportunity employer that is committed to diversity, and values the ways in which we are different. All qualified applicants will receive consideration for employment without regard to race, color, religion, sex, sexual orientation, gender identity, national origin, disability, veteran status, or other characteristic protected by applicable law.*

---

**Apply Now**

---

## Share this job

  

## Check out this location

See what's near our Maitland location.

*View Map*



EX. A, p. 078

# Responsibilities



**Job ID** 1150529

**Category** Clinical & Nursing
**Schedule** Full-time

**Description:**

Position Purpose: Perform care management duties to assess, plan and coordinate all aspects of medical and supporting services across the continuum of care for select members to promote quality, cost effective care

Develop, assess and adjust, as necessary, the care plan and promote desired outcome
Assess the member's current health status, resource utilization, past and present treatment plan and services, prognosis, short and long term goals, treatment and provider options
Coordinate services between Primary Care Physician (PCP), specialists, medical providers, and non-medical staff as necessary to meet the complete medical socio economic needs of clients
Develop plan of care based upon assessment with specific objectives, goals and interventions designed to meet member's needs
Provide patient and provider education
Facilitate member access to community based services
Monitor referrals made to community based organizations, medical care and other services to support the members' overall care management plan
Actively participate in integrated team care management rounds
Identify related risk management quality concerns and report these scenarios to the appropriate resources
Enter and maintain assessments, authorizations, and pertinent clinical information into various medical management systems
For LTSS - 30% travel to perform home visits to members
For New Hampshire, Massachusetts, & Michigan Complete Health - home visits required

**Qualifications:**

Education/Experience: Graduate from an Accredited School of Nursing. Bachelor's degree in Nursing preferred. 2+ years of clinical nursing experience in a clinical, acute care, or community setting. Knowledge of healthcare and managed care preferred.

Licenses/Certifications: Current state's RN license.

EX. A, p. 079

For New Hampshire: Candidates with RN license in good standing in other states than NH, must obtain a NH RN within 90 days of hire. Active driver's license in good standing preferred.

*Centene is an equal opportunity employer that is committed to diversity, and values the ways in which we are different. All qualified applicants will receive consideration for employment without regard to race, color, religion, sex, sexual orientation, gender identity, national origin, disability, veteran status, or other characteristic protected by applicable law.*

**Apply Now**

## Share this job

 

## Check out this location

See what's near our Bedford location.

**View Map**

EX. A, p. 080



# Care Manager II (RN) - Field/Remote

## SUPERIOR HEALTHPLAN

*Texas, Girlstown USA, Texas*

**Apply Now**

*As a member of the Centene Medical Management/Health Services team, you'll help innovate and execute strategies that redefine the industry standard for improving the lives and health of people. We're a team of skilled physicians, nurses, pharmacists, social workers and health service experts who use our advanced clinical analytics to implement award winning programs, develop care, deliver partnerships, and work directly with our members to achieve outcomes that set us apart as industry leaders. Together, we're transforming the health of communities, one person at a time.*

## What does it take?

What are the qualities that will help you achieve success in this role at Centene?

EX. A, p. 081



*Clinical & Nursing Opportunities at Centene*

Our Clinical team is at the forefront of our purpose-driven work. Learn more about how you can help transform the health of our communities, one person at a time.

# Responsibilities

**Job ID** 1155770
**Additional Locations** US,Texas;San Antonio
**Category** Clinical & Nursing
**Schedule** Full-time

**Description:**
Position Purpose: Perform care management duties to assess, plan and coordinate all aspects of medical and supporting services across the continuum of care for select members to promote quality, cost effective care.

• Assess the member's current health status, resource utilization, past and present treatment plan and services, prognosis, short and long term goals, treatment and provider options

• Utilize assessment skills and discretionary judgment to develop plan of care based upon assessment with specific objectives, goals and interventions designed to meet member's needs and promote desired outcomes

• Coordinate services between Primary Care Physician (PCP), specialists, medical providers, and non-medical staff as necessary to meet the complete medical socio economic needs of clients

• Provide patient and provider education

• Facilitate member access to community based services

• Monitor referrals made to community based organizations, medical care and other services to support the members' overall care management plan

• Actively participate in integrated team care management rounds

• Identify related risk management quality concerns and report these scenarios to the appropriate resources.

• Case load will reflect heavier weighting of complex cases than Care Manager I, commensurate with experience

EX. A, p. 082

- Enter and maintain assessments, authorizations, and pertinent clinical information into various medical management systems

- Direct care to participating network providers

- Perform duties independently, demonstrating advanced understanding of complex care management principles.

- Participate in case management committees and work on special projects related to case management as needed

- For New Hampshire, Massachusetts, & Michigan Complete Health - home visits required

**Qualifications:**

Education/Experience: Graduate from an Accredited School of Nursing. Bachelor's degree in Nursing preferred. 2+ years of clinical nursing experience in a clinical, acute care, or community setting and 1+ years of case management experience in a managed care setting. Knowledge of utilization management principles and healthcare managed care. Experience with medical decision support tools (i.e. Interqual, NCCN) and government sponsored managed care programs.

**Great opportunity for Field RNs in the following Texas Counties: Bexar and surrounding areas.**

Field/Remote based position

Candidates must be willing to travel

6-8 weeks of onsite training at any Superior Health location

Licenses/Certifications: Current state's RN license.

Texas Requirements:
Education/Experience: Graduate from an Accredited School of Nursing. Bachelor's degree in Nursing preferred. 2+ years of clinical nursing or case management experience in a clinical, acute care, managed care or community setting. 2+ years experience working with people with disabilities and vulnerable populations who have chronic or complex conditions in a managed care environment. Experience with medical decision support tools (i.e. Interqual, NCCN) and government sponsored managed care programs. Other state specific requirements may apply.

*Centene is an equal opportunity employer that is committed to diversity, and values the ways in which we are different. All qualified applicants will receive consideration for employment without*

# Care Manager II (RN) Field/Remote

## SUPERIOR HEALTHPLAN

*Lubbock, Texas*

**Apply Now**

*As a member of the Centene Medical Management/Health Services team, you'll help innovate and execute strategies that redefine the industry standard for improving the lives and health of people. We're a team of skilled physicians, nurses, pharmacists, social workers and health service experts who use our advanced clinical analytics to implement award winning programs, develop care, deliver partnerships, and work directly with our members to achieve outcomes that set us apart as industry leaders. Together, we're transforming the health of communities, one person at a time.*

## What does it take?

What are the qualities that will help you achieve success in this role at Centene?



EX. A, p. 084

*Clinical & Nursing Opportunities at Centene*

Our Clinical team is at the forefront of our purpose-driven work. Learn more about how you can help transform the health of our communities, one person at a time.

# Responsibilities

**Job ID** 1155452

**Category** Clinical & Nursing
**Schedule** Full-time

**Description:**

Position Purpose: Perform care management duties to assess, plan and coordinate all aspects of medical and supporting services across the continuum of care for select members to promote quality, cost effective care.

• Assess the member's current health status, resource utilization, past and present treatment plan and services, prognosis, short and long term goals, treatment and provider options

• Utilize assessment skills and discretionary judgment to develop plan of care based upon assessment with specific objectives, goals and interventions designed to meet member's needs and promote desired outcomes

• Coordinate services between Primary Care Physician (PCP), specialists, medical providers, and non-medical staff as necessary to meet the complete medical socio economic needs of clients

• Provide patient and provider education

• Facilitate member access to community based services

• Monitor referrals made to community based organizations, medical care and other services to support the members' overall care management plan

• Actively participate in integrated team care management rounds

• Identify related risk management quality concerns and report these scenarios to the appropriate resources.

• Case load will reflect heavier weighting of complex cases than Care Manager I, commensur with experience

Candidate
**FEEDBACK**

EX. A, p. 085

- Enter and maintain assessments, authorizations, and pertinent clinical information into various medical management systems

- Direct care to participating network providers

- Perform duties independently, demonstrating advanced understanding of complex care management principles.

- Participate in case management committees and work on special projects related to case management as needed

- For New Hampshire, Massachusetts, & Michigan Complete Health - home visits required

**Qualifications:**

Texas Requirements:
Education/Experience: Graduate from an Accredited School of Nursing. Bachelor's degree in Nursing preferred. 2+ years of clinical nursing or case management experience in a clinical, acute care, managed care or community setting. 2+ years experience working with people with disabilities and vulnerable populations who have chronic or complex conditions in a managed care environment. Experience with medical decision support tools (i.e. Interqual, NCCN) and government sponsored managed care programs. Other state specific requirements may apply.

STAR Kids-IDD Team and IDD Waivers experience preferred.

***Field position servicing San Angelo area***

Licenses/Certifications: Current state's RN license.

*Centene is an equal opportunity employer that is committed to diversity, and values the ways in which we are different. All qualified applicants will receive consideration for employment without regard to race, color, religion, sex, sexual orientation, gender identity, national origin, disability, veteran status, or other characteristic protected by applicable law.*

*Apply Now*

Candidate
FEEDBACK

EX. A, p. 086

# Care Manager I (Social Work)

## CENTENE CORPORATION

*Little Rock, Arkansas*

***Apply Now***

*As a member of the Centene Medical Management/Health Services team, you'll help innovate and execute strategies that redefine the industry standard for improving the lives and health of people. We're a team of skilled physicians, nurses, pharmacists, social workers and health service experts who use our advanced clinical analytics to implement award winning programs, develop care, deliver partnerships, and work directly with our members to achieve outcomes that set us apart as industry leaders. Together, we're transforming the health of communities, one person at a time.*

## What does it take?

What are the qualities that will help you achieve success in this role at Centene?



EX. A, p. 087



*Clinical & Nursing Opportunities at Centene*

Our Clinical team is at the forefront of our purpose-driven work. Learn more about how you can help transform the health of our communities, one person at a time.

# Responsibilities

**Job ID** 1153562

**Category** Clinical & Nursing
**Schedule** Full-time

**Description:**
Position Purpose: Perform care management duties to assess, plan and coordinate all aspects of medical and supporting services across the continuum of care for select members to promote quality, cost effective care.

- Develop, assess and adjust, as necessary, the care plan and promote desired outcome

- Assess the member's current health status, resource utilization, past and present treatment plan and services, prognosis, short and long term goals, treatment and provider options

- Coordinate services between Primary Care Physician (PCP), specialists, medical providers, and non-medical staff as necessary to meet the complete medical socio economic needs of clients

- Develop plan of care based upon assessment with specific objectives, goals and interventions designed to meet member's needs

- Provide patient and provider education

- Facilitate member access to community based services

- Monitor referrals made to community based organizations, medical care and other services to support the members' overall care management plan

- Actively participate in integrated team care management rounds

- Identify related risk management quality concerns and report these scenarios to the appropriate resources



EX. A, p. 088

- Enter and maintain assessments, authorizations, and pertinent clinical information into var
medical management systems

- For Michigan Complete Health - home visits required

**Qualifications:**

Education/Experience: Bachelor's degree in Social Work. 2+ years of social work experience in an acute care or community setting. Knowledge of government sponsored managed care programs preferred.

Licenses/Certifications: Current state's LMSW or LCSW license.

*Centene is an equal opportunity employer that is committed to diversity, and values the ways in which we are different. All qualified applicants will receive consideration for employment without regard to race, color, religion, sex, sexual orientation, gender identity, national origin, disability, veteran status, or other characteristic protected by applicable law.*

<div style="border:1px solid #005; border-radius:25px; text-align:center; padding:10px;">

**Apply Now**

</div>

## Share this job

 

## Check out this location

See what's near our Little Rock location.

*View Map*



EX. A, p. 089

# Responsibilities

**Job ID** 1154717

**Category** Clinical & Nursing
**Schedule** Full-time

**Description:**

Position Purpose: Perform care management duties to assess, plan and coordinate all aspects of medical and supporting services across the continuum of care for select members to promote quality, cost effective care.

- Assess the member's current health status, resource utilization, past and present treatment plan and services, prognosis, short and long term goals, treatment and provider options

- Utilize assessment skills and discretionary judgment to develop plan of care based upon assessment with specific objectives, goals and interventions designed to meet member's needs and promote desired outcomes

- Coordinate services between Primary Care Physician (PCP), specialists, medical providers, and non-medical staff as necessary to meet the complete medical socio economic needs of clients

- Provide patient and provider education

- Facilitate member access to community based services

- Monitor referrals made to community based organizations, medical care and other services to support the members' overall care management plan

- Actively participate in integrated team care management rounds

- Identify related risk management quality concerns and report these scenarios to the appropriate resources.

- Case load will reflect heavier weighting of complex cases than Care Manager I, commensurate with experience

- Enter and maintain assessments, authorizations, and pertinent clinical information into various medical management systems

- Direct care to participating network providers

- Perform duties independently, demonstrating advanced understanding of complex care management principles.

- Participate in case management committees and work on special projects related to case management as needed

- For New Hampshire, Massachusetts, & Michigan Complete Health - home visits required

EX. A, p. 090

**Qualifications:**

Education/Experience: Graduate from an Accredited School of Nursing. Bachelor's degree in Nursing preferred. 2+ years of clinical nursing experience in a clinical, acute care, or community setting and 1+ years of case management experience in a managed care setting. Knowledge of utilization management principles and healthcare managed care. Experience with medical decision support tools (i.e. Interqual, NCCN) and government sponsored managed care programs.

Licenses/Certifications: Current state's RN license.

*Centene is an equal opportunity employer that is committed to diversity, and values the ways in which we are different. All qualified applicants will receive consideration for employment without regard to race, color, religion, sex, sexual orientation, gender identity, national origin, disability, veteran status, or other characteristic protected by applicable law.*

**Apply Now**

*Share this job*

  

*Check out this location*

See what's near our New York location.

*View Map*

EX. A, p. 091

# Care Manager I (RN) - SNC

## ILLINICARE HEALTH PLAN

*Bloomington, Illinois, Colonel P Schulstad United States Army Reserve Center, Illinois*

**Apply Now**

*As a member of the Centene Medical Management/Health Services team, you'll help innovate and execute strategies that redefine the industry standard for improving the lives and health of people. We're a team of skilled physicians, nurses, pharmacists, social workers and health service experts who use our advanced clinical analytics to implement award winning programs, develop care, deliver partnerships, and work directly with our members to achieve outcomes that set us apart as industry leaders. Together, we're transforming the health of communities one person at a time.*

## What does it take?

What are the qualities that will help you achieve success in this role at Centene?

Candidate FEEDBACK

EX. A, p. 092

*Clinical & Nursing Opportunities at Centene*

Our Clinical team is at the forefront of our purpose-driven work. Learn more about how you can help transform the health of our communities, one person at a time.

# Responsibilities

**Job ID** 1154488
**Additional Locations** US,Illinois;Illinois
**Category** Clinical & Nursing
**Schedule** Full-time

**Description:**
Position Purpose: Perform care management duties to assess, plan and coordinate all aspects of medical and supporting services across the continuum of care for select members to promote quality, cost effective care

Develop, assess and adjust, as necessary, the care plan and promote desired outcome
Assess the member's current health status, resource utilization, past and present treatment pl and services, prognosis, short and long term goals, treatment and provider options
Coordinate services between Primary Care Physician (PCP), specialists, medical providers, and non-medical staff as necessary to meet the complete medical socio economic needs of clients
Develop plan of care based upon assessment with specific objectives, goals and interventions designed to meet member's needs
Provide patient and provider education
Facilitate member access to community based services
Monitor referrals made to community based organizations, medical care and other services to support the members' overall care management plan
Actively participate in integrated team care management rounds
Identify related risk management quality concerns and report these scenarios to the appropriate resources
Enter and maintain assessments, authorizations, and pertinent clinical information into various medical management systems

EX. A, p. 093

For LTSS - 30% travel to perform home visits to members
For New Hampshire, Massachusetts, & Michigan Complete Health - home visits required

**Qualifications:**

Education/Experience: Graduate from an Accredited School of Nursing. Bachelor's degree in Nursing preferred. 2+ years of clinical nursing experience in a clinical, acute care, or community setting. Knowledge of healthcare and managed care preferred.  Pediatric experience preferred.

Licenses/Certifications: Current state's RN license.

LTSS Requirements:
Valid driver's license and proof of car insurance.

*Centene is an equal opportunity employer that is committed to diversity, and values the ways in which we are different. All qualified applicants will receive consideration for employment without regard to race, color, religion, sex, sexual orientation, gender identity, national origin, disability, veteran status, or other characteristic protected by applicable law.*



| **Apply Now** |
| --- |

*Share this job*

   

*Check out this location*

See what's near our Bloomington location.

*View Map*

EX. A, p. 094

# Long Term Care Coordinator I
## CAROLINA COMPLETE HEALTH
*Charlotte, North Carolina*



**Apply Now**

*As a member of the Centene Medical Management/Health Services team, you'll help innovate and execute strategies that redefine the industry standard for improving the lives and health of people. We're a team of skilled physicians, nurses, pharmacists, social workers and health service experts who use our advanced clinical analytics to implement award winning programs, develop care, deliver partnerships, and work directly with our members to achieve outcomes that set us apart as industry leaders. Together, we're transforming the health of communities, one person at a time.*

## What does it take?

What are the qualities that will help you achieve success in this role at Centene?

EX. A, p. 095

*Clinical & Nursing Opportunities at Centene*

Our Clinical team is at the forefront of our purpose-driven work. Learn more about how you can help transform the health of our communities, one person at a time.



# Responsibilities

**Job ID** 1152903
**Additional Locations** US,North Carolina;North Carolina
**Category** Clinical & Nursing
**Schedule** Full-time

**Description:**
Position Purpose: Responsible for members gaining access to needed services through coordination and integration of medical and long term care services for the purpose of orientation, care plan development, assessment, and care coordination.

Complete assessments with members, caregivers, or providers to obtain information regarding client status, support system, and need for services for care plan development
Monitor delivery of services and follow-up with members, caregivers, or provider s through in person visits and telephonic contact
Authorize and coordinate referral for services
Ensure provider services are delivered without gaps and identify functional deficiencies in plans of care
Assist in coordinating the development of informal or voluntary services to integrate into the member care plan
Collaborate with discharge planners, physicians, and other parties to ensure appropriate discharge plan, care plan, and coordination of acute care and long term care services
Assist member with filing and resolving complaints and appeals

**Qualifications:**

Education/Experience: Bachelor's degree or Registered Nurse License and 2+ years of care management experience, Licensed Practical Nurse and 4+ years of care management experier or 6+ years of care management experience. Home health, discharge planning, or long term ca

EX. A, p. 096

experience preferred.

Licenses/Certifications: Valid driver's license. LPN or RN preferred.

For North Carolina plan: Licensed Practitioner, NC - Licensed Registered Nurse in good standing. NC - Licensed LCSW in good standing. NC - Licensed Behavioral Health professional in good standing.

*Centene is an equal opportunity employer that is committed to diversity, and values the ways in which we are different. All qualified applicants will receive consideration for employment without regard to race, color, religion, sex, sexual orientation, gender identity, national origin, disability, veteran status, or other characteristic protected by applicable law.*

**Apply Now**

## Share this job

  

## Check out this location

See what's near our Charlotte location.

**View Map**

EX. A, p. 097

# Care Manager I (RN)
## PENNSYLVANIA HEALTH AND WELLNESS
*Harrisburg, Pennsylvania*

**Apply Now**

*As a member of the Centene Medical Management/Health Services team, you'll help innovate and execute strategies that redefine the industry standard for improving the lives and health of people. We're a team of skilled physicians, nurses, pharmacists, social workers and health service experts who use our advanced clinical analytics to implement award winning programs, develop care, deliver partnerships, and work directly with our members to achieve outcomes that set us apart as industry leaders. Together, we're transforming the health of communities, one person at a time.*

## What does it take?

What are the qualities that will help you achieve success in this role at Centene?



EX. A, p. 098

*Clinical & Nursing Opportunities at Centene*

Our Clinical team is at the forefront of our purpose-driven work. Learn more about how you can help transform the health of our communities, one person at a time.

# Responsibilities

**Job ID** 1151636

**Category** Clinical & Nursing
**Schedule** Full-time

**Description:**
Position Purpose: Perform care management duties to assess, plan and coordinate all aspects of medical and supporting services across the continuum of care for select members to promote quality, cost effective care

Develop, assess and adjust, as necessary, the care plan and promote desired outcome
Assess the member's current health status, resource utilization, past and present treatment plan and services, prognosis, short and long term goals, treatment and provider options
Coordinate services between Primary Care Physician (PCP), specialists, medical providers, and non-medical staff as necessary to meet the complete medical socio economic needs of clients
Develop plan of care based upon assessment with specific objectives, goals and interventions designed to meet member's needs
Provide patient and provider education
Facilitate member access to community based services
Monitor referrals made to community based organizations, medical care and other services to support the members' overall care management plan
Actively participate in integrated team care management rounds
Identify related risk management quality concerns and report these scenarios to the appropriate resources
Enter and maintain assessments, authorizations, and pertinent clinical information into various medical management systems
For LTSS - 30% travel to perform home visits to members
For New Hampshire, Massachusetts, & Michigan Complete Health - home visits required

EX. A, p. 099

**Qualifications:**

Education/Experience: Graduate from an Accredited School of Nursing. Bachelor's degree in Nursing preferred. 2+ years of clinical nursing experience in a clinical, acute care, or community setting. Knowledge of healthcare and managed care preferred.

Licenses/Certifications: Current state's RN license.

*Centene is an equal opportunity employer that is committed to diversity, and values the ways in which we are different. All qualified applicants will receive consideration for employment without regard to race, color, religion, sex, sexual orientation, gender identity, national origin, disability, veteran status, or other characteristic protected by applicable law.*

**Apply Now**

## Share this job

  

## Check out this location

See what's near our Harrisburg location.

*View Map*



EX. A, p. 100

*Clinical & Nursing Opportunities at Centene*

Our Clinical team is at the forefront of our purpose-driven work. Learn more about how you car
time.



# Responsibilities

**Job ID** 1154331

**Category** Clinical & Nursing
**Schedule** Full-time

**Description:**
Position Purpose: Perform care management duties to assess, plan and coordinate all aspects of medical and supporting services across the continuum of care for select members to promote quality, cost effective care.

- Assess the member's current health status, resource utilization, past and present treatment plan and services, prognosis, short and long term goals, treatment and provider options

- Utilize assessment skills and discretionary judgment to develop plan of care based upon assessment with specific objectives, goals and interventions designed to meet member's needs and promote desired outcomes

- Coordinate services between Primary Care Physician (PCP), specialists, medical providers, and non-medical staff as necessary to meet the complete medical socio economic needs of clients

- Provide patient and provider education

- Facilitate member access to community based services

- Monitor referrals made to community based organizations, medical care and other services to support the members' overall care management plan

- Actively participate in integrated team care management rounds

EX. A, p. 101

- Identify related risk management quality concerns and report these scenarios to the appropriate resources.

- Case load will reflect heavier weighting of complex cases than Care Manager I, commensurate with experience

- Enter and maintain assessments, authorizations, and pertinent clinical information into var medical management systems

- Direct care to participating network providers

- Perform duties independently, demonstrating advanced understanding of complex care management principles.

- Participate in case management committees and work on special projects related to case management as needed

-

**Qualifications:**

Education/Experience: Graduate from an Accredited School of Nursing. Bachelor's degree in Nursing preferred. 2+ years of clinical nursing experience in a clinical, acute care, or community setting and 1+ years of case management experience in a managed care setting. Knowledge of utilization management principles and healthcare managed care. Experience with medical decision support tools (i.e. Interqual, NCCN) and government sponsored managed care programs.

Licenses/Certifications: Current state's RN license.

Texas Requirements:
Education/Experience: Graduate from an Accredited School of Nursing. Bachelor's degree in Nursing preferred. 2+ years of clinical nursing or case management experience in a clinical, acute care, managed care or community setting. 2+ years experience working with people with disabilities and vulnerable populations who have chronic or complex conditions in a managed care environment. Experience with medical decision support tools (i.e. Interqual, NCCN) and government sponsored managed care programs. Other state specific requirements may apply.

**SUPERIOR HEALTH PLAN - Candidates must active RN license in good standing and requires 2+ years' of clinical RN experience in pediatrics or obstetrics in clinical acute care, community,or managed care settings  and 1+ year experience in care management.**

EX. A, p. 102

**Licenses/Certifications: Current state's RN license required.**

**NOTE: THIS IS AN OFFICE BASED POSITION.**

*Centene is an equal opportunity employer that is committed to diversity, and values the ways in which we are different. All qualified applicants will receive consideration for employment without regard to race, color, religion, sex, sexual orientation, gender identity, national origin, disability, veteran status, or other characteristic protected by applicable law.*

**Apply Now**

## Share this job

  

## Check out this location

See what's near our Austin location.

**View Map**

EX. A, p. 103

*Clinical & Nursing Opportunities at Centene*

Our Clinical team is at the forefront of our purpose-driven work. Learn more about how you can help
time.

# Responsibilities

**Job ID** 1152580

**Category** Clinical & Nursing
**Schedule** Full-time

**Description:**
Position Purpose: Perform care management duties to assess, plan and coordinate all aspects
medical and supporting services across the continuum of care for select members to promote
quality, cost effective care.



• Assess the member's current health status, resource utilization, past and present treatment
plan and services, prognosis, short and long term goals, treatment and provider options

• Utilize assessment skills and discretionary judgment to develop plan of care based upon
assessment with specific objectives, goals and interventions designed to meet member's needs
and promote desired outcomes

• Coordinate services between Primary Care Physician (PCP), specialists, medical providers, and
non-medical staff as necessary to meet the complete medical socio economic needs of clients

• Provide patient and provider education

• Facilitate member access to community based services

• Monitor referrals made to community based organizations, medical care and other services to
support the members' overall care management plan

• Actively participate in integrated team care management rounds

EX. A, p. 104

- Identify related risk management quality concerns and report these scenarios to the appropriate resources.

- Case load will reflect heavier weighting of complex cases than Care Manager I, commensurate with experience

- Enter and maintain assessments, authorizations, and pertinent clinical information into various medical management systems

- Direct care to participating network providers

- Perform duties independently, demonstrating advanced understanding of complex care management principles.

- Participate in case management committees and work on special projects related to case management as needed

- For New Hampshire, Massachusetts, & Michigan Complete Health - home visits required

**Qualifications:**

Education/Experience: Graduate from an Accredited School of Nursing. Bachelor's degree in Nursing preferred. 2+ years of clinical nursing experience in a clinical, acute care, or communit setting and 1+ years of case management experience in a managed care setting. Knowledge of utilization management principles and healthcare managed care. Experience with medical dec support tools (i.e. Interqual, NCCN) and government sponsored managed care programs.



Licenses/Certifications: Current state's RN license.

Texas Requirements:
Education/Experience: Graduate from an Accredited School of Nursing. Bachelor's degree in Nursing preferred. 2+ years of clinical nursing or case management experience in a clinical, acute care, managed care or community setting. 2+ years experience working with people with disabilities and vulnerable populations who have chronic or complex conditions in a managed care environment. Experience with medical decision support tools (i.e. Interqual, NCCN) and government sponsored managed care programs. Other state specific requirements may apply.

Licenses/Certifications: Current state's RN license.

FOR SUPERIOR HEALTH PLAN: Candidates must have active RN license in good standing and position requires 2+ years' clinical RN experience in pediatrics or obstetrics in clinical acute ca

EX. A, p. 105

community,or managed care settings and 1+ year experience in care management.

*Centene is an equal opportunity employer that is committed to diversity, and values the ways in which we are different. All qualified applicants will receive consideration for employment without regard to race, color, religion, sex, sexual orientation, gender identity, national origin, disability, veteran status, or other characteristic protected by applicable law.*

<div style="border:1px solid blue; border-radius:25px; text-align:center; padding:10px;">

**Apply Now**

</div>

## Share this job

 f in ✉



## Check out this location

See what's near our Austin location.

**View Map**

EX. A, p. 106