# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| AMANDA DEL TORO, et al, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:19-CV-02635-JAR |
| ) | |
| CENTENE MANAGEMENT CO., LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

This matter is before the Court on the parties' Joint Stipulation to Dismiss Certain Plaintiffs and Claims. (Doc. 54.) The parties represent that it moots Defendant's pending Motion for Partial Summary Judgment. (Doc. 37.)

Upon review,

**IT IS HEREBY ORDERED** that the parties' Joint Stipulation to Dismiss Certain Plaintiffs and Claims (Doc. 54), is **GRANTED.**

**IT IS FURTHER ORDERED** that Defendant's Motion for Partial Summary Judgment (Doc. 37), is **DENIED as moot.**

Dated this 10th day of March, 2020.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE